# EXHIBIT A

# Current Appointments

| Job Title | Position | Appointed | Name | Appt.Grp. | Status | Reminder |
|---|---|---|---|---|---|---|
| | Director | 30/01/2013 | BROWN, William Tudor | | | |
| | Director | 17/05/2005 | GRABE, William Otto | | | |
| | Director | 18/09/2015 | ORR, Gordon Robert Halyburton | | | |
| | Director | 18/08/2023 | THORNTON, John Lawson | | | |
| | Director | 20/06/2022 | WANG, Hsiueh Hong Cher | | | |
| | Director | 22/02/2019 | WOO, Chin Wan Raymond | | | |
| | Director | 20/06/2022 | XUE, Lan | | | |
| | Director | 15/05/2020 | YANG, Lan | | | |
| | Director | 16/12/1997 | YANG, Yuanqing | | | |
| | Director | 03/11/2011 | ZHAO, John Huan | | | |
| | Director | 30/04/2005 | ZHU, Linan | | | |
| | Secretary | 01/12/2022 | Lam, Ngan Ling | | | |