# EXHIBIT B

# Current Appointments

| Job Title | Position | Appointed | Name | Appt.Grp. | Status | Reminder |
|---|---|---|---|---|---|---|
| | Chairman | 17/12/2021 | Cranor, Kurt | | | |
| | Director | 23/06/2011 | Cranor, Kurt | | | |
| | Director | 29/12/2023 | Johnson, Kim | | | |
| | Director | 31/05/2007 | Stanley, John P. | | | |
| | Executive Vice President | 20/06/2019 | Stanley, John P. | | | |
| | Controller | 17/12/2021 | Cranor, Kurt | | | |
| | Secretary | 20/06/2019 | Stanley, John P. | | | |
| | President | 01/12/2013 | Cranor, Kurt | | | |
| | Treasurer | 01/12/2013 | Cranor, Kurt | | | |