# EXHIBIT C

# Current Appointments

| Job Title | Position | Appointed | Name | Appt.Grp. | Status | Reminder |
|---|---|---|---|---|---|---|
| | Director | 31/01/2010 | Leung, Sze Leung Patrick | | | |
| | Director | 31/03/2024 | LO, Shing Cheuk | | | |
| | Director | 23/10/2007 | Wong, Wai Kwong | | | |
| | Director | 06/09/2007 | Wong, Wai Ming | | | |
| | Secretary | 01/12/2022 | Lam, Ngan Ling | | | |