# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Civil Action No. 2:23-cv-00449-JRG |

## **ORDER**

Before the Court is Defendant Lenovo Group Limited's Motion to Dismiss for Lack of Personal Jurisdiction. After consideration of said motion, the Court hereby finds that Defendant's Motion shall be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Complaint against Defendant Lenovo Group Limited is hereby dismissed in its entirety.