# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF ASHLEY RATYCZ IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LENOVO GROUP LIMITED'S MOTION TO DISMISS**

I, Ashley Ratycz, hereby declare under the penalty of perjury as follows:

1. I am an attorney and partner at BC Law Group, P.C., counsel of record for Plaintiff Universal Connectivity Technologies ("UCT"). I am one of the attorneys responsible for representing UCT in this matter. I have personal knowledge of all facts stated in this declaration and if called as a witness, could and would competently testify to these facts. I respectfully submit this declaration in support of Plaintiff's Response in Opposition to Defendant Lenovo Group Limited's Motion to Dismiss (Dkt. No. 18).

2. Attached hereto as **Exhibit 1** is a true and correct copy of the webpage https://www.lenovo.com/us/en/pc/.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the webpage https://www.lenovo.com/us/en/about/who-we-are/our-leadership/.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the webpage https://www.lenovo.com/us/en/about/locations/.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Lenovo Group Limited's 2022-23 Annual Report.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the LinkedIn profile of Laura G. Quatela.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the LinkedIn profile of Kirk Skaugen.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of June in Westlake, OH.

*/s/ Ashley Ratycz*
Ashley Ratycz