# Exhibit 2





**My Lenovo Rewards!** Earn rewards and enter the sweepstakes to win a ThinkPad X1 Yoga Gen 8. Enter by 6/30! **Join or Sign In >**

# Our Leadership

## Delivering On Our Commitment

Diversity is a business imperative at Lenovo, and we are focused on creating an internal pipeline of diverse leadership.

### "We aspire to bring AI to all, driving intelligent transformation across industries and building a smarter future for every individual, every enterprise."

– Yuanqing Yang, Chairman and CEO



### Yuanqing Yang

Chairman & Chief Executive Officer

Read bio >



### Arthur Hu

Senior Vice President and Chief Information Officer Chief Technology and Delivery Officer, Solutions and Services Group, Lenovo

Read bio >



### Che Min (Jammi) Tu

Senior Vice President, Operations Officer

Read bio >



### Doug Fisher

Senior Vice President and Chief Security Officer

Read bio >



### Gao Lan

Senior Vice President, Human Resources

Read bio >



### George He

Senior Vice President and President of Lenovo Capital and Incubator Group

Read bio >



### Gina Qiao

Senior Vice President, Chief Strategy Officer and Chief Marketing Officer

Read bio >



### Ken Wong

Executive Vice President and President, SSG

Read bio >



### Laura Quatela

Senior Vice President, Chief Legal & Corporate Responsibility Officer

Read bio >



### Liu Jun

Executive Vice President and President, Lenovo China

Read bio >



### Luca Rossi

Executive Vice President and President, IDG

Read bio >

### Matthew Zielinski

Executive Vice President and President, International Markets

Read bio >




### Sergio Buniac

Senior Vice President of Mobile Business Group and President of Motorola

Read bio >



### Wai Ming Wong

Executive Vice President and CFO

Read bio >



### Yong Rui

Senior Vice President and CFO

Read bio >

# More to Explore

## Who We Are

**Learn more about who we are >**

## Innovation is What We Do Best

**Learn more about what we do >**

## Combating Climate Change

**Learn about our unwavering commitment to a healthier planet >**

Enter Email to receive valuable updates

     

Select Country / Region:

UNITED STATES

 

### About Lenovo
- Our Company
- Smarter Technology For All
- News
- Investors Relations
- Compliance
- ESG
- Product Recycling
- Product Security
- Product Recalls
- Executive Briefing Center
- Lenovo Cares
- Careers
- Formula 1 Partnership

### Products & Services
- Laptops & Ultrabooks
- AI PC
- Desktop Computers
- Workstations
- Gaming
- Tablets
- Servers, Storage, & Networking
- Accessories & Software
- Services & Warranty
- Product FAQs
- Outlet
- Deals
- Lenovo Coupons
- Cloud Security Software
- Windows 11 Upgrade

### Shop By Industry
- Small Business Solutions
- Large Enterprise Solutions
- Government Solutions
- Healthcare Solutions
- Higher Education Solutions
- Education Discounts
- Discount Programs

### Resources
- Legion Gaming Community
- Lenovo EDU Community
- Lenovo Pro Community
- Lenovo Pro for Business
- My Lenovo Rewards
- Lenovo Financing
- Lenovo Trade-in
- Customer Discounts
- Affiliate Program
- Affinity Program
- Employee Purchase Program
- Lenovo Partner Hub
- Laptop Buying Guide
- Where to Buy
- Glossary

### Customer Support
- Contact Us
- Policy FAQs
- Return Policy
- Shipping Information
- Order Lookup
- Register a Product
- Replacement Parts
- Technical Support
- Forums
- Provide Feedback

© 2024 Lenovo. All rights reserved.

Privacy | Cookie Consent Tool | Do Not Sell | U.S. Privacy Notice | Site Map | Terms of Use | External Submission Policy |
Sales terms and conditions | Anti-Slavery and Human Trafficking Statement