# Exhibit 3



Lenovo Pro Business Store

Sign In / Create Account

Products   Solutions   Services   Support   **About Lenovo**   Deals

Business | Education | Gaming

Who We Are   What We Do   Our Impact   Careers   Investor Relations   Events   Locations   Sponsorships   Alliances   News   Compliance

Need it today? Buy online, pick up select products at Best Buy. **Shop Pick Up >**



Home > About Lenovo > Locations

# Locations

Lenovo is incorporated and listed in Hong Kong SAR, China, with headquarters in Beijing, China, and North Carolina, USA.

## Headquarters

## Beijing

Building 2, No.10
Courtyard Xibeiwang East Road
Haidian District
100094 Beijing, China

**+86 (10) 5787-2531**

## Morrisville

8001 Development Drive
Morrisville, NC 27560
United States

**+1 (855) 253-6686**

# Worldwide Sales Office Locations



- Buenos Aires, Argentina
- Chennai, India
- Warsaw, Poland

- Buenos Aires, Argentina
- Chatswood, Australia
- Melbourne, Australia
- Vienna, Austria
- Wels, Austria
- Machelen, Belgium
- São Paulo, Brazil
- Sofia, Bulgaria
- Markham, Canada
- Montreal, Canada
- Santiago, Chile
- Bogotá, Colombia
- Zagreb, Croatia
- Prague, Czech Republic
- Soeborg, Denmark
- Cairo, Egypt
- Espoo, Finland
- Rueil-Malmaison, France
- Tbilisi, Georgia
- Essen, Germany
- Oberursel (Taunus), Germany
- Sankt Leon-Rot, Germany
- Stuttgart, Germany
- Walldorf, Germany
- Maroysi, Greece
- Quarry Bay, Hong Kong
- Tai Po, Hong Kong
- Budapest, Hungary
- Bengaluru, India
- Chennai, India
- Hyderabad, India
- Mumbai, India
- New Delhi, India
- Tanah Abang, Indonesia
- Dublin, Ireland
- Petach Tikva, Israel
- Milan, Italy
- Segrate, Italy
- Chiba-Shi, Japan
- Fukuoka, Japan
- Hiroshima, Japan
- Nagoya, Japan
- Osaka, Japan
- Saitama, Japan
- Sapporo, Japan
- Sendai, Japan
- Takasaki-Shi, Japan
- Tokyo, Japan
- Yokohama, Japan
- Almaty, Kazakhstan
- Petaling Jaya, Malaysia
- Mexico City, Mexico
- Casablanca, Morocco
- Amsterdam, Netherlands
- Wellington, New Zealand
- Oslo, Norway
- Lima, Peru
- Taguig, Philippines
- Warsaw, Poland
- Bucharest, Romania
- Moscow, Russia
- Riyadh, Saudi Arabia
- Belgrade, Serbia
- Singapore, Singapore
- Bratislava, Slovakia
- Ljubljana, Slovenia
- Seoul, South Korea
- Madrid, Spain
- Stockholm, Sweden
- Zürich, Switzerland
- Bangkok, Thailand
- Kyiv, Ukraine
- Dubai, United Arab Emirates
- Farnborough, United Kingdom
- Glasgow, United Kingdom
- Bellevue, United States
- Chicago, United States
- Fort Wayne, United States
- Fort Worth, United States
- Miami, United States
- Morrisville, United States
- San Jose, United States
- Smyrna, United States
- Hanoi, Vietnam
- Ho Chi Minh City, Vietnam

# Executive Briefing Centers

Our Executive Briefing Centers & Innovation Centers provide interactive environments for customers and business partners to get the most out of Lenovo.



## Beijing

Building 2, No.10 Courtyard Xibeiwang East Road
Haidian District
100094 Beijing,
China

**Explore the center >**

## Morrisville

8001 Development Drive
Morrisville, NC 27560
United States

**Explore the center >**

## Stuttgart

Meitnerstraße 9
70563 Stuttgart
Germany

**Explore the center >**

# More to Explore

## Who We Are

**Learn more about who we are >**

## Innovation is What We Do Best

**Learn more about what we do >**

## Combatting Climate Change

**Learn about our unwavering commitment to a healthier planet >**

---

Enter Email to receive valuable updates

Email

    

Select Country / Region:

UNITED STATES

 

| About Lenovo | Products & Services | Shop By Industry | Resources | Customer Support |
|---|---|---|---|---|
| Our Company | Laptops & Ultrabooks | Small Business Solutions | Legion Gaming Community | Contact Us |
| Smarter Technology For All | AI PC | Large Enterprise Solutions | Lenovo EDU Community | Policy FAQs |
| News | Desktop Computers | Government Solutions | Lenovo Pro Community | Return Policy |
| Investors Relations | Workstations | Healthcare Solutions | Lenovo Pro for Business | Shipping Information |
| Compliance | Gaming | Higher Education Solutions | My Lenovo Rewards | Order Lookup |
| ESG | Tablets | Education Discounts | Lenovo Financing | Register a Product |
| Product Recycling | Servers, Storage, & Networking | Discount Programs | Lenovo Trade-in | Replacement Parts |
| Product Security | Accessories & Software | | Customer Discounts | Technical Support |
| Product Recalls | Services & Warranty | | Affiliate Program | Forums |
| Executive Briefing Center | Product FAQs | | Affinity Program | Provide Feedback |
| Lenovo Cares | Outlet | | Employee Purchase Program | |
| Careers | Deals | | Lenovo Partner Hub | |
| Formula 1 Partnership | Lenovo Coupons | | Laptop Buying Guide | |
| | Cloud Security Software | | Where to Buy | |
| | Windows 11 Upgrade | | Glossary | |

© 2024 Lenovo. All rights reserved.

Privacy | Cookie Consent Tool | Do Not Sell | U.S. Privacy Notice | Site Map | Terms of Use | External Submission Policy | Sales terms and conditions | Anti-Slavery and Human Trafficking Statement