# Exhibit 4



HKD COUNTER STOCK CODE 992
RMB COUNTER STOCK CODE 80992

Lenovo Group Limited  2022/23 Annual Report

Smarter
technology
for all

Lenovo

# About Lenovo

Lenovo is a US$62 billion revenue global technology powerhouse, ranked #171 in the Fortune Global 500, employing 77,000 people around the world, and serving millions of customers every day in 180 markets. Focused on a bold vision to deliver smarter technology for all, Lenovo has built on its success as the world's largest PC company by further expanding into growth areas that fuel the advancement of 'New IT' technologies (client, edge, cloud, network, and intelligence) including server, storage, mobile, software, solutions, and services. This transformation together with Lenovo's world-changing innovation is building a more inclusive, trustworthy, and smarter future for everyone, everywhere. To find out more visit https://www.lenovo.com, and read about the latest news via our StoryHub.

## Table of content

| | |
|---|---|
| Financial highlights | 4 |
| Chairman & CEO statement | 8 |
| Lenovo management team | 12 |
| Management's discussion & analysis | 16 |
| Corporate governance report | 60 |
| Audit committee report | 118 |
| Compensation committee report | 126 |
| Directors' report | 142 |
| Independent auditor's report | 179 |
| Consolidated income statement | 184 |
| Consolidated statement of comprehensive income | 185 |
| Consolidated balance sheet | 186 |
| Consolidated cash flow statement | 188 |
| Consolidated statement of changes in equity | 190 |
| Notes to the financial statements | 192 |
| Five-year financial summary | 287 |
| Corporate information | 288 |

# Chairman & CEO statement

Our hard work over the past three years has elevated Lenovo to a new height not only in revenue, profitability and cash position, but also in our strategic direction.



As we close the fiscal year, it's time to reflect upon the numerous challenges that Lenovo and the entire ICT companies have been managing, and the solid execution results and strategic breakthroughs we have delivered despite the tough market and all the uncertainties in the macro context.

Broadly speaking, global businesses were operating in a high inflation, high interest rate environment with exchange rate fluctuation and geopolitical tensions. For our industry, the past fiscal year also marked a turning point from a fast expansion period to a post-pandemic, post hypergrowth era. It was a test not only for a company's operational resilience to navigate a challenging time, but also for its strategic foresights to emerge out of this period stronger than ever, ready to win for the future.

**Delivering Solid Results with Diversified Engines and Operational Excellence**

I'd like to report that Lenovo delivered the most solid results we could reasonably hope for amid the ICT industry contraction phase in the past fiscal year.

Despite the broad market decline, we maintained a strong net margin comparable with the previous year and remain committed to doubling it in the medium term. This is a remarkable achievement. Our operational excellence keeps purchasing cost low with our global scale, ensures high productivity through inhouse manufacturing, turns inventory into cash fast through strong channel partnerships, and keeps a high efficiency of the entire company through strong expense management.

Our diversified engines in solutions, services and infrastructure demonstrated strong momentum and achieved hypergrowth in the past fiscal year. They not only helped offset the PC market decline, but also told a stellar growth story in themselves. Solutions and Services Group (SSG) continued to deliver double-digit growth with over 20% operating margin. Infrastructure Solutions Group (ISG) grew over 30% year on year at significant premium to market. As a result, we have dramatically increased the percentage of non-PC business in our revenue mix, which marks an important milestone in our transformation from a device or hardware company to a solution and service company.

And in PC market, the consumer demand for smart devices has been accelerating over the last three years, leading to channel overstock and then inventory correction. As a result, the PC shipments of the entire industry, including Lenovo, declined year on year, especially during the second half of the fiscal year. But Lenovo still outperformed the PC market in shipment and maintained our leadership position and industry leading profitability.

We believe the PC shipment has nearly bottomed by now, based on the activation number which reflects the real demand, as well as the channel inventory level, which has almost returned to the pre-pandemic level. From this point, the PC market is about to resume its year-on-year growth, as early as the second half of 2023. And Lenovo is ready to capture that growth from a position of strengths.

# Chairman & CEO statement

**Enhancing Competitiveness to Capture Future Opportunities**

As we enter the post-pandemic, post hypergrowth phase of our industry cycle, I believe our hard work over the past three years has elevated Lenovo to a new height not only in revenue, profitability and cash position, but also in our strategic direction. Going forward, we will continue to focus on the following areas.

First, we will accelerate our journey from a device or hardware company to a solution and service company. It all starts with providing total solutions to customers to solve industry specific pain points. And in this process, we will leverage our TruScale brand to boost Lenovo's presence in the highly promising aaS market. Meanwhile, we will build more horizontal solutions including digital workplace, edge/AI, hybrid cloud, TruScale and sustainability solutions and embed them into vertical industries. Ultimately, these efforts will help steadily increase the percentage of solutions and services in our overall revenue mix.

Second, we will keep driving our investment in New IT. Lenovo has been the first one in the industry to define our vision of New IT, the technology architecture that includes client devices, edge computing, cloud computing, network and artificial intelligence. It differentiates from traditional IT which features on-prem data center and applications. Going forward, we are committed to doubling our R&D investment around New IT in medium term. Today, one in every five of Lenovo employees works in R&D or innovation, and we continue to bring innovative technology, products and solutions to the market, including rollable PC, Yoga Book 9i, ThinkPhone, ThinkReality VRX, extreme performance ThinkStation, new generation ThinkSystem, ThinkAgile, ThinkEdge, as well as smart space solutions such as ThinkSmart One, all launched last year, and many more in our pipeline.

Third, we will continue to leverage and optimize our unique "Global Sourcing, Local Delivery" model. Globally, we have access to advantageous resources, attract talent and build partnerships. And locally, we stay agile and flexible to serve customers' needs. In supply chain, our global scale helps us secure key components. In manufacturing, we have our own factories to ensure capacity and uninterrupted supplies. In marketing, we use a "Global Might Local Fight" approach to build Lenovo's global brand equity while generating local influence and demand in key markets. This is a strong core competency that Lenovo has built over years and will continue to make a big difference in the future.

And finally, we will maximize the advantages of One Lenovo. Today, customers need not just products but total solutions. Lenovo has all the pieces, including devices, infrastructure, solutions and services to serve their needs. And we will continue to leverage our existing platform and processes, build on our existing core competencies to grow adjacent business. The capabilities we've built with our core business are now the best soil that nurtures our new, diversified growth businesses. As One Lenovo, we are sharing the same vision, executing the same strategy, operating on the same platform, and building the same culture, in every business, every region, and every team.

**Building a Smarter Future for All**

Our solid results and clear strategic directions have prepared us well to navigate the current market headwinds, a challenging economy and numerous macro uncertainties. I firmly believe in the long-term opportunities driven by global digital and intelligent transformation. It is our strategic foresights and operational resilience that will help us transcend the industry cycle more smoothly than competition.

Beyond business success, our ultimate goal is to use technology to help solve humanity's greatest challenges. We have made important progress including having our net-zero target by 2050 validated by Science Based Target initiative (SBTi). It's our commitment that everything we do must serve the purpose of making life better, work more productive, society more equitable and inclusive, and our planet more sustainable.

To that end, let's make the new fiscal year a new chapter in our journey of building a smarter future for all.

Yuanqing Yang
Chairman & CEO
Lenovo

**Yang Yuanqing**
Chairman and Chief Executive Officer

**Gao Lan**
Senior Vice President, Human Resources

**George He**
Senior Vice President and President of Lenovo Capital and Incubator Group

**Liu Jun**
Executive Vice President and President of the China Geography







# Lenovo management team

**Yong Rui**
Senior Vice President and Chief Technology Officer

**Kirk Skaugen**
Executive Vice President and President of the Infrastructure Solutions Group

**Qiao Jian**
Senior Vice President
and Chief Strategy Officer
and Chief Marketing Officer

**Laura G. Quatela**
Senior Vice President and
Chief Legal and Corporate
Responsibility Officer

**Luca Rossi**
Executive Vice President and
President of the Intelligent
Devices Group

**Che Min (Jammi) Tu**
Senior Vice President and
Group Operations Officer

**Wong Wai Ming**
Executive Vice President
and Chief Financial Officer

**Ken Wong**
Executive Vice President
and President of the
Solutions & Services Group

**Matthew Zielinski**
Executive Vice President and
President of the International
Sales Organization

# Management's discussion & analysis

## Business review and outlook

### Highlights

During the fiscal year ended March 31, 2023, Lenovo's (the Group) structural growth engines, including its Infrastructure Solutions Group (ISG), and Solutions and Services Group (SSG), set multiple performance records, thanks to its resilient and well-executed transformation strategy. The ISG segment delivered significant profit improvement, building on high-end applications, including Artificial Intelligence, and portfolio expansion in high-margin products. SSG spearheaded the Group's Service-led Transformation by expanding its value-added solutions for its broad client base. The growth engines' combined revenue and operating profit increased by 31 percent and 24 percent, respectively. Intelligent Devices Group (IDG) remained a strong sector leader, not only in market share, but also in profitability despite a 21 percent setback in revenue due to sector-wide pressures ranging from excessive channel inventory and conservative customer spending to exchange rate fluctuations.

On one hand, non-PC businesses grew 7 percent and made up nearly 40 percent of the combined revenue of the three business groups, 7 percentage points higher year-on-year. On the other hand, persistent macro headwinds weighted on PC operations and led to a 14 percent decline, to US$61.9 billion, in Group revenue, within which, currency conversion alone resulted in a negative impact of 5 percent. Profit attributable to equity holders declined by 21 percent, to US$1.6 billion, or down 10 percent excluding a one-time restructuring and other charges. The decline of non-HKFRS (non-Hong Kong Financial Reporting Standards) net income was smaller at 13 percent.

Management's decisive actions throughout the year further streamlined its operating expense structure, maintaining a high level of agility and resilience, and better transcending the cycle. The Group made one-time restructuring and other charges of US$249 million, among various other actions, to deliver annual run-rate group expense savings of about US$850 million. In spite of macro headwinds, additional investments were made to upgrade and differentiate the Group's technology and services, which are vital to ensuring long-term success of its growth engines, business transformation, and ESG initiatives; R&D (Research & Development) spend increased 6 percent year-on-year.

With prudent working capital management, the Group improved its cash conversion cycle by 12 days to negative 2 days year-on-year. Inventory reduced steadily, with year-end balance shrinking over US$1.9 billion. The Group was recognized for its ESG performance with numerous accolades, including a Gold award for Sustainable Companies and Organizations at the Best Corporate Governance and ESG Awards. MSCI upgraded the company's ESG rating to AAA while EcoVadis recognized the Group's excellence in sustainable procurement with an Outstanding Program Leadership Award. The Group was the first in the PC and smartphone sectors to have its 2050 net-zero greenhouse gas emissions target validated by the Science Based Targets initiative. The Group made significant effort to facilitate gender equality and was listed in Bloomberg's Gender-Equality Index. Lenovo was also featured as a leader in climate change and water security by CDP.



working with a global network of focal points (FP) in the geographies, development organizations, and key functional areas, as well as with external partners. We use reliable and established processes that conform with the latest applicable laws and regulations and ensure overall effectiveness. The diagram above details the process for ensuring environmental compliance for our products and practices.

Lenovo and its business partners obtain the environmental and regulatory certifications that are required to legally sell its products where they are marketed and sold. Lenovo relies on internal and external subject matter experts, third-party labs, internal tools and processes to evaluate and confirm product compliance before shipment. Areas of review include but are not limited to, electromagnetic compatibility (EMC), environmental, safety, technology and trade controls, and wireless.

# Ethics and compliance with relevant laws and regulations

Lenovo is committed to conducting business legally, ethically, and with integrity. Lenovo's Code of Conduct ("Code") mandates compliance with applicable laws in markets where it conducts business. Its policies strongly support ethical and responsible business practices, which include areas such as anti-bribery and corruption, data privacy, and intellectual property. Our Ethics and Compliance Office (ECO) oversees the ethics and compliance function across the organization and strives to promote a culture that is committed to implementing these values. The ECO works in partnership with business units across the globe to promote legal and ethical operations. The ECO is committed to raising awareness about the importance of ethical and compliant business practices to Lenovo and serves a critical role in providing employees with the information, resources, and training they need to make informed ethical decisions. The ECO oversees Lenovo's Code, which establishes clear expectations for employee compliance with Lenovo's policies related to lawful and ethical business conduct. Lenovo's Code reflects our culture of trust and integrity and holds employees accountable for their behavior and helps employees determine when and where to seek advice. Lenovo's Code, policies, and related awareness and training materials are provided on the intranet and through periodic communications.

The ECO is supported by the following committees:

## Board Committees

- The **Audit committee** is annually briefed by the ECO on matters including the adequacy of resources for ESG reporting

- The **Nomination and governance committee** oversees the corporate policies and practices about governance and compliance with legal and regulatory requirements

## Other Committees

- The **Executive Ethics Committee** provides executive-level oversight and guidance to the ECO

- The **Investigation Oversight Committee** works closely with the ECO to oversee the Company's internal investigation process

- The **Regional Ethics and Compliance Committee** provides the ECO with global support, perspective and insight

# Business practices

Lenovo's Code mandates compliance with applicable laws in markets where we conduct business. Our policies strongly support ethical and responsible business practices, including but not limited to:

## Anti-bribery and corruption

Lenovo has zero tolerance for bribery and corruption. Lenovo complies with the anti-bribery and corruption laws of the countries in which we conduct business. Lenovo's Global Anti-Bribery and Corruption Policy and along with our Global Gift, Entertainment, Corporate Hospitality and Travel Policy reinforce provisions in the Code and provide additional guidance regarding compliance with global anti-bribery and corruption laws and regulations. The policies stress that Lenovo will not directly or indirectly solicit, offer, promise, authorize, provide, or accept anything of value to any person, including government officials, to influence action, inaction or to secure an improper advantage as defined by applicable laws.

## Anti-competitive practices and fair competition

Lenovo competes for business ethically and lawfully. Lenovo's Code and policy on anti-competitive practices and fair competition forbid employees from engaging in anti-competitive practices, such as entering into an agreement or discussion that would result in setting prices, limiting the availability of goods or services on the market, or agreeing to boycott a customer or supplier.

## Intellectual property

Lenovo values intellectual property as it innovates for the future. Lenovo expects employees to protect intellectual property and to respect the intellectual property rights of other companies and individuals. Lenovo secures its intellectual property by using patents, copyrights, trademarks, confidential information, related contract rights, and other applicable forms of legal protection.

# Corporate governance principles and structure

The board of directors (the "Board") and the management of Lenovo Group Limited (the "Company", together with its subsidiaries, "Lenovo" or the "Group") strive to attain and uphold a high standard of corporate governance and to maintain sound and well-established corporate governance practices for the interest sake of shareholders and other stakeholders including, but not limited to, customers, suppliers, employees and the general public. The Company abides strictly by the governing laws and regulations of the jurisdictions where it operates and observes the applicable guidelines and rules issued by regulatory authorities. It regularly undertakes review of its corporate governance system to ensure it is in line with international and local best practices.

## Compliance with corporate governance code

Throughout the financial year ended March 31, 2023 ("FY2022/23"), the Company has complied with the code provisions of the Corporate Governance Code (the "CG Code") set out in Appendix 14 to the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited (the "Stock Exchange") (the "Listing Rules"), and where appropriate, met the recommended best practices in the CG Code, with the exception that the roles of the chairman of the Board (the "Chairman") and the chief executive officer of the Company (the "CEO") have not been segregated as required by code provision C.2.1 of the CG Code.

The Board has reviewed the organization human resources planning of the Group and is of the opinion that the vesting of the roles of Chairman and CEO in Mr. Yang Yuanqing ("Mr. Yang") is appropriate and beneficial to the Group as it provides consistency of the strategy execution and stability of the operations of the Group. The Board comprising a vast majority of independent non-executive directors meets regularly on a quarterly basis to review the operations of the Group led by Mr. Yang.

The Board also appointed Mr. William O. Grabe as the lead independent director (the "Lead Independent Director") with broad authorities and responsibilities. Among other responsibilities, the Lead Independent Director serves as chairman of the nomination and governance committee (the "Nomination and Governance Committee") meeting and/or Board meeting whenever the committee and/or Board is considering (i) the combined roles of Chairman and CEO; and (ii) assessment of the performance of Chairman and/or CEO. The Lead Independent Director also calls and chairs meeting(s) with all independent non-executive directors without management and executive director present at least once a year on such matters as are deemed appropriate. Accordingly, the Board believes that the current Board structure with combined roles of Chairman and CEO, the appointment of Lead Independent Director and a vast majority of independent non-executive directors provide an effective check and balance of powers and authorizations between the Board and the management of the Company.

In relation to the recommended best practices in the CG Code, the Company published quarterly financial results and business reviews in addition to interim and annual results. Quarterly financial results enhanced the shareholders' ability to assess the performance, financial position and prospects of the Company. The quarterly financial results were also prepared using the accounting standards consistent with the policies applied to the interim and annual financial statements.

# Corporate governance report

### Industry congress

Lenovo operates in an industry which is rapidly changing in terms of market trends, consumer preferences and technologies. In order to keep directors updated with the latest technologies and products development in the industry, the Company invited directors to attend 2023 Consumer Electronic Show (the "CES") in Las Vegas and 2023 Mobile World Congress (the "MWC") in Barcelona. These two events provided the best product reviews, product demonstrations and displays that showcase the technologies of the Company and also those of other players in the market.

### Experts briefings and seminars

The Company has arranged in-house experts briefings and seminars for directors to keep them abreast of the affairs relating to the Company. The directors are also encouraged to attend relevant external professional programs at the Company's expense to keep abreast of issues facing the changing business environment within which the Group operates.

During FY2022/23, the Company arranged external and in-house experts briefings and seminars for directors on topics such as share price strategy, impacts of COVID-19, public relations/government relations in China, geo-economics/politics and regulatory updates.




# Directors' report

## Substantial shareholders' and other persons' interests *(continued)*

Save as disclosed above, as at March 31, 2023, no other persons (other than the directors and chief executive of the Company, whose interests are set out in the above section headed "Directors' interests") had any interests or short positions in the shares and/or underlying shares of the Company as recorded in the register required to be kept by the Company under section 336 of the SFO.

## Retirement scheme arrangements

The Company contributes toward retirement income protection for its employees through the provision of defined benefit pension plans, defined contribution plans, and/or contributions to various public retirement schemes in certain jurisdictions. These benefits form an important part of the Company's total compensation and benefits program that is designed to attract and retain highly skilled and talented employees.

### Defined benefit pensions plans

### Chinese Mainland — Retirement Schemes

The Group participates in respective local municipal government retirement schemes in the mainland of China ("Chinese Mainland") whereby it is required to make an annual contribution of no more than 20% of three times the monthly average salaries as set out by the local municipal government each year. The local municipal governments undertake to assume the retirement benefit obligations of all retirees of the qualified employees in the Chinese Mainland. In July 2006, the Group has established a supplemental retirement program for its employees in Chinese Mainland. This is a defined contribution plan, with voluntary employee participation.

In addition to the above, the Group has defined benefit and/or defined contribution plans that cover substantially all regular employees, and supplemental retirement plans that cover certain executives. Information on the principal pension plans sponsored by the Group is summarized in this section.

### United States of America ("US") — Lenovo Pension Plan

The Company provides US regular, full-time and part-time employees who were employed by IBM prior to being hired by the Company and who were members of the IBM Personal Pension Plan ("PPP") with non-contributory defined benefit pension benefits via the Lenovo Pension Plan. As of December 31, 2015, the plan was frozen.

The Lenovo Pension Plan consists of a tax-qualified plan and a non-tax-qualified (non-qualified) plan. The qualified plan is funded by Company contributions to an irrevocable trust fund, which is held for the sole benefit of participants and beneficiaries. The non-qualified plan, which provides benefits in excess of US Internal Revenue Service limitations for tax-qualified plans, is unfunded.

Pension benefits are calculated using a five-year average final pay formula that determines benefits based on a participant's salary and years of service, including prior service with IBM. The benefit is reduced by the amount of the IBM PPP benefit accrued to May 1, 2005, which will be paid by IBM's trust.

For the year ended March 31, 2023, an amount of US$1,386,797 was charged to the consolidated income statement with respect to the qualified and non-qualified plans.

**Retirement scheme arrangements** *(continued)*

**Defined benefit pensions plans** *(continued)*

**United States of America ("US") — Lenovo Pension Plan** *(continued)*

The principal results of the most recent actuarial valuation of the plan at March 31, 2023 were the following:

- The actuarial valuation was prepared by Fidelity. The actuaries involved are fully qualified under the requirements of US law.

- The actuarial method used was the Projected Unit Credit Cost method and the principal actuarial assumptions were:

    — Discount rate:                                                                                          4.80%
    — Expected return on plan assets:                                                         3.60%
    — Future salary increases:                                                                          N/A

- The qualified plan was 65% funded at the actuarial valuation date.

- There was a net liability of US$25,918,047 under the qualified plan for this reason at the actuarial valuation date.

**Japan — Pension Plan**

The Company operates a hybrid plan that consists of a defined contribution up to the annual tax-deductible limit plus a cash balance plan with contributions of 7% of pay. The plan is funded by Company contributions to a qualified pension fund, which is held for the sole benefit of participants and beneficiaries.

For the year ended March 31, 2023, an amount of JPY1,034,323,606 was charged to the consolidated income statement with respect to this plan.

The principal results of the most recent actuarial valuation of the plan at March 31, 2023 were the following:

- The actuarial valuation was prepared by JP Actuary Consulting Co., Ltd.. The actuaries involved are fully qualified under the requirements of Japanese law.

- The actuarial method used was the Projected Unit Credit Cost method and the principal actuarial assumptions were:

    — Discount rate:                                                                              1.70%–1.90%
    — Expected return on plan assets:                                                         1.40%
    — Future salary increases:                                                         Age-group based

- The plan was 80% funded at the actuarial valuation date.

- There was a net liability of JPY5,984,488,752 under this plan at the actuarial valuation date.

# Directors' report

### Retirement scheme arrangements _(continued)_

### Defined benefit pensions plans _(continued)_

### Germany — pension plan

The Company operates a hybrid plan that provides a defined contribution for some participants and a final pay defined benefit for other participants, depending on which former IBM plan they were in. The Company also operates a defined benefit plan for Motorola Mobility employees.

Employees hired by IBM before January 1, 1992 have a defined benefit based on a final pay formula. Employees hired from 1992 to 1999 have a combination of a defined benefit based on a final pay formula and a defined contribution plan with employee required contributions of 7% of pay above the social security ceiling and a 100% company match. Employees hired in or after 2000 have a combination of a cash balance plan with an employer contribution of 2.95% of pay below the social security ceiling, and a voluntary defined contribution plan where employees can contribute specific amounts through salary sacrifice. Employees of Motorola Mobility have a defined benefit based on a final pay formula.

The plan is partially funded by Company and employee contributions to an insured support fund with DBV-Winterthur up to the maximum tax-deductible limits. In line with standard practice in Germany, the remainder is unfunded (book reserve).

For the year ended March 31, 2023, an amount of EUR3,386,729 was charged to the consolidated income statement with respect to this plan.

The principal results of the most recent actuarial valuation of the plan at March 31, 2023 were the following:

- The actuarial valuation was prepared by Kern, Mauch & Kollegen (Motorola Mobility valuation prepared by Willis Towers Watson). The actuaries involved are fully qualified under German law.

- The actuarial method used was the Projected Unit Credit Cost method and the principal actuarial assumptions were:

  — Discount rate: 3.70%
  — Future salary increases: Age-group based
  — Future pension increases: 2.25%–2.50%

- The plans were 39% funded at the actuarial valuation date.

- There was a net liability of EUR94,282,368 under this plan at the actuarial valuation date.

## Retirement scheme arrangements *(continued)*

### Defined contribution plans

#### United States of America ("US") — Lenovo Savings Plan

U.S. regular, full-time and part-time employees of Lenovo (United States) Inc., including employees of Motorola Mobility LLC, are eligible to participate in the Lenovo Savings Plan, which is a tax-qualified defined contribution plan under section 401(k) of the Internal Revenue Code. The Motorola Mobility 401(k) Plan merged into the Lenovo Savings Plan effective December 31, 2015. The Company matches 100% of the employee's contribution up to the first 6% of the employee's eligible compensation. Employee contributions are voluntary. All contributions, including the Company match, are made in cash, in accordance with the participants' investment elections. The Company match is immediately vested.

#### US Lenovo Executive Deferred Compensation Plan

The Company also maintains an unfunded, non-qualified, defined contribution plan, the Lenovo Executive Deferred Compensation Plan, which allows eligible executives to defer compensation, and to receive Company matching contributions, with respect to amounts in excess of Internal Revenue Service limits for tax-qualified plans. Compensation deferred under the plan, as well as Company matching contributions are recorded as liabilities.

Deferred compensation amounts may be directed by participants into an account that replicates the return that would be received had the amounts been invested in similar Lenovo Savings Plan investment options. Company matching contributions, are directed to participant accounts and fluctuate based on changes in the stock prices of the underlying investment portfolio.

#### United Kingdom ("UK") — Lenovo Stakeholders Plan

UK regular, full-time, part-time and fixed term Lenovo contract employees are eligible to participate in the Lenovo Stakeholders Plan, which is a tax-qualified defined contribution "stakeholder" plan. The Company contributes 8.7% of an employee's eligible salary to the employee's pension account each year and the employer contributions are dependent on employee contributing no less than 3% of their salary to the same fund.

#### Canada — Defined Contribution Pension Plan

Canadian regular, full-time and part-time employees are eligible to participate in the Defined Contribution Pension Plan, which is a tax-qualified defined contribution plan. The Company contributes 4% of the employee's eligible compensation, in addition the Company matches 50% of the employee's contribution up to the first 4% of the employee's eligible compensation. All contributions are made in cash, in accordance with the participants' investment elections. Employee contributions are voluntary.

#### Hong Kong S.A.R. of China — Mandatory Provident Fund

The Group operates a Mandatory Provident Fund Scheme for all qualified employees employed in Hong Kong S.A.R. of China. They are required to contribute 5% of their compensation (subject to the ceiling under the requirements set out in the Mandatory Provident Fund legislation). The employer's contribution will increase from 5% to 7.5% and 10% respectively after completion of five and ten years of service by the relevant employees.

# Notes to the financial statements

## 1    General information and basis of preparation

Lenovo Group Limited (the "Company") and its subsidiaries (together, the "Group") develop, manufacture and market reliable, high-quality, secure and easy-to-use technology products and services. Its product lines include legendary Think-branded commercial personal computers and Idea-branded consumer personal computers, as well as servers, workstations, and a family of mobile internet devices, including tablets and smartphones.

The Company is a limited liability company incorporated in Hong Kong S.A.R. of China. The address of its registered office is 23rd Floor, Lincoln House, Taikoo Place, 979 King's Road, Quarry Bay, Hong Kong S.A.R. of China. The Company has its primary listing on The Stock Exchange of Hong Kong Limited.

The consolidated financial statements have been prepared in accordance with Hong Kong Financial Reporting Standards ("HKFRS"). The consolidated financial statements have been prepared under the historical cost convention except that plan assets under defined benefit pension plans and certain financial assets and financial liabilities are stated at fair values, as explained in the significant accounting policies set out in Note 2.

The preparation of the consolidated financial statements in conformity with HKFRS requires the use of certain critical accounting estimates. It also requires management to exercise its judgment in the process of applying the Group's accounting policies. The areas involving a higher degree of judgment or complexity, or areas where assumptions and estimates are significant to the consolidated financial statements are disclosed in Note 4.

### Changes in accounting policies and disclosures

The below amended standards, improvements and accounting guideline became applicable for the current reporting period. The Group did not have to change its accounting policies or make retrospective adjustments as a result of adopting these amended standards, improvements and accounting guideline.

— Amendments to HKAS 37, Onerous contracts – Cost of fulfilling a contract

— Annual improvements to HKFRS Standards 2018-2020 cycle

— Amendments to HKAS 16, Property, plant and equipment: Proceeds before intended use

— Amendments to HKFRS 3, Reference to the conceptual framework

— Accounting Guideline 5 (Revised), Merger accounting for common control combinations

# Notes to the financial statements

### 34   Retirement benefit obligations *(continued)*

#### (c)   Additional information on post-employment benefits (pension and medical) *(continued)*

The amounts recognized in the consolidated income statement are as follows:

| | Pension | | Medical | |
|---|---|---|---|---|
| | **2023**<br>**US$'000** | 2022<br>US$'000 | **2023**<br>**US$'000** | 2022<br>US$'000 |
| Current service cost | **13,668** | 16,897 | **299** | 454 |
| Past service cost | **40** | – | **–** | – |
| Interest cost | **12,236** | 7,829 | **852** | 854 |
| Interest income | **(6,873)** | (4,140) | **–** | (19) |
| Curtailment gain | **(162)** | (1,025) | **–** | – |
| Total expense recognized in the consolidated income statement | **18,909** | 19,561 | **1,151** | 1,289 |

### 35   Principal subsidiaries

The following includes the principal subsidiaries directly or indirectly held by the Company and, in the opinion of the directors, are significant to the results of the year or form a substantial portion of the net assets of the Group. The directors consider that giving details of other subsidiaries would result in particulars of excessive length.

| Company name | Place of incorporation/ establishment | Issued and fully paid up capital/ registered capital | Percentage of issued share capital held | | Principal activities |
|---|---|---|---|---|---|
| | | | **2023** | 2022 | |
| **Held directly:** | | | | | |
| 聯想(北京)有限公司<br>(Lenovo (Beijing) Limited)[1]<br>(wholly foreign-owned enterprise) | Chinese Mainland | HK$5,650,000,000 | **100%** | 100% | Manufacturing and distribution of IT products and provision of IT services |
| 聯想(上海)有限公司<br>(Lenovo (Shanghai) Co., Ltd.)[1]<br>(wholly foreign-owned enterprise) | Chinese Mainland | HK$1,511,000,000 | **100%** | 100% | Distribution of IT products and provision of IT services |

## 35  Principal subsidiaries *(continued)*

| Company name | Place of incorporation/ establishment | Issued and fully paid up capital/ registered capital | Percentage of issued share capital held | | Principal activities |
|---|---|---|---|---|---|
| | | | **2023** | 2022 | |
| Lenovo Global Technology (United States) Inc. | United States | US$10 | **100%** | 100% | Provision of IT services and distribution of IT products |
| Lenovo (Hong Kong) Limited | Hong Kong S.A.R. of China | HK$74,256,023 | **100%** | 100% | Distribution of IT products |
| 惠陽聯想電子工業有限公司 (Lenovo (Huiyang) Electronic Industrial Co., Ltd.)¹ (wholly foreign-owned enterprise) | Chinese Mainland | HK$31,955,500 | **100%** | 100% | Manufacturing and distribution of IT products |
| Lenovo (India) Private Limited | India | INR8,607,471,514 | **100%** | 100% | Manufacturing and distribution of IT products |
| 聯想信息產品(深圳)有限公司 (Lenovo Information Products (Shenzhen) Co. Ltd.)¹ (limited liability company (wholly-owned entity)) | Chinese Mainland | RMB643,966,800 | **100%** | 100% | Manufacturing and distribution of IT products |
| Lenovo (Israel) Ltd. | Israel | ILS132,853.12 | **100%** | 100% | Distribution of IT products |
| Lenovo (Italy) S.r.l | Italy | EUR100,000 | **100%** | 100% | Distribution of IT products |
| Lenovo Japan LLC | Japan | JPY100,000,000 | **95.10% (v)** | 95.10% (v) | Distribution of IT products |
| Lenovo Korea LLC | Korea | KRW3,580,940,000 | **100%** | 100% | Wholesale and retail trade of computer, peripheral equipment and software |
| Lenovo Mexico, S. de R.L. de C.V. | Mexico | MXN3,426,638,114 | **100%** | 100% | Distribution of IT products |

## 35  Principal subsidiaries *(continued)*

| Company name | Place of incorporation/ establishment | Issued and fully paid up capital/ registered capital | Percentage of issued share capital held | | Principal activities |
|---|---|---|---|---|---|
| | | | **2023** | 2022 | |
| Lenovo (South Africa) (Pty) Ltd | South Africa | ZAR177,500 | **100%** | 100% | Distribution and marketing of IT products |
| Lenovo (Spain), S.L.U. | Spain | EUR37,475,456.40 | **100%** | 100% | Distribution of IT products |
| Lenovo (Sweden) AB | Sweden | SEK200,000 | **100%** | 100% | Distribution of IT products |
| 聯想系統集成(深圳)有限公司 (Lenovo Systems Technology Company Limited)[1] (limited liability company (wholly-owned entity)) | Chinese Mainland | RMB263,407,660 | **100%** | 100% | Manufacturing and distribution of IT products |
| Lenovo Technology (United Kingdom) Limited | United Kingdom | GBP8,629,511 | **100%** | 100% | Distribution of IT products |
| Lenovo Technology B.V. | Netherlands | EUR20,000 | **100%** | 100% | Distribution of IT products |
| Lenovo Technology Sdn. Bhd. | Malaysia | MYR1,000,000 | **100%** | 100% | Retail sale of computers, computer equipment and supplies |
| Lenovo Tecnologia (Brasil) Ltda | Brazil | BRL6,911,200,307 | **100%** | 100% | Manufacturing and distribution of IT products |
| Lenovo (Thailand) Limited | Thailand | THB252,000,000 | **100%** | 100% | Distribution of IT products as well as mobile phone, smartphone and tablet, server and storage |
| Lenovo (United States) Inc. | United States | US$1 | **100%** | 100% | Distribution of IT products |
| Lenovo (Venezuela), SA | Venezuela | VEB0 | **100%** | 100% | Distribution of IT products |