# Exhibit 5

   Home  My Network  Jobs  Messaging  Notifications Me  For Business  Try Premium for $0



# Laura G. Quatela

Senior Vice President and Chief Legal & Corporate Responsibility Officer, Lenovo

- Lenovo
- Case Western Reserve University School of Law

Morrisville, North Carolina, United States · Contact info

500+ connections

Connect   Message   More

## Activity
1,806 followers

Laura G. hasn't posted yet
Recent posts Laura G. shares will be displayed here.

Show all activity →

## Experience

 **Senior Vice President and Chief Legal Officer**
Lenovo
Nov 2016 - Present · 7 yrs 8 mos
Morrisville, North Carolina

Laura Quatela is Senior Vice President and Chief Legal Officer. Laura joined Lenovo in 2016 and is responsible for Lenovo's global legal and geopolitical affairs.

Lenovo is a US$60 billion Fortune Global 500 company and a global technology leader in driving Intelligent Transformation through smart devices and infrastructure that create the best user experience.

**Founder**
Quatela Lynch LLC
2014 - Present · 10 yrs 6 mos
Rochester, NY

Quatela Lynch LLC helps clients leverage intellectual property assets and organizations, and make informed technology investment decisions.



**Member, Board of Directors and Chair, Remunerations Committee**
Technicolor
May 2013 - Present · 11 yrs 2 mos
Paris, France



**EVP, Intellectual Property, Office of the CEO**
Alcatel-Lucent
Jul 2014 - Jan 2016 · 1 yr 7 mos
Murray Hill, New Jersey

Engaged to set the company's Intellectual Property strategy, restructure its IP business and reposition the patent portfolio of 40,000+ assets for



**President, Personalized Imaging & President, Eastman Kodak Company**
Eastman Kodak Company
Jan 1999 - Feb 2014 · 15 yrs 2 mos
Rochester, New York

Previous Titles: SVP & Chief Operating Officer; SVP & General Counsel; SVP & President, OLED; SVP & Chief Intellectual Property Officer; VP &

## Education



**Case Western Reserve University School of Law**
Juris Doctor (J.D.)
1979 - 1982

Activities and societies: 1981 Also attended the East China Institute of Politics and Law, Shanghai, PRC

2014 Inductee, Society of Benchers
2012, 2013 Co-Chair, Women in Law and Leadership Conference



**Denison University**
Bachelor's Degree, International Politics
1975 - 1979

Activities and societies: 1978-1979 Also attended Middlebury College Chinese School, Chinese University of Hong Kong and Beijing University

## Volunteering

**Member, Board of Directors**
Help Us Give Smiles (HUGS) Foundation
Jan 2003 - Present · 21 yrs 6 mos
Health

The HUGS Foundation supports surgical missions to correct congenital ear and facial deformities of children living in the Andean States,

## Languages

**English**
Native or bilingual proficiency

**Mandarin**
Limited working proficiency

## Interests



Companies Newsletters Schools

**Eastman Kodak Company**
108,388 followers
+ Follow

**Harvard Business Review**
14,400,926 followers
+ Follow

Show all companies →

Ad •••
Workbox's mission is to redefine how value is created in the workplace

WORKBOX

Andrew: Get insights about the Future of Work

Follow

## Other similar profiles

**Yuanqing Yang** · 3rd+
Chairman and CEO at Lenovo
+ Follow

**Matthew Zielinski** · 3rd+
President, International Markets
Message

**Arthur Hu** · 3rd+
Reimagining Technology, Transformation, Engineering & Business Value.
+ Follow

**Amar Babu** · 3rd+
President, Lenovo Asia Pacific at Lenovo
+ Follow

**Francois Bornibus** · 3rd+
President Lenovo EMEA
Senior Vice President Lenovo Group
Message

Show all

## People you may know

From Laura G.'s school

**Ammar Alhussain**

Lecturer at King Faisal University - SJD candidate at Case Western Reserve University

Connect

**Khalid Al-Najem (LL.M)**
Legal | Contracts & Agreements | Regulations and Policies.

Connect

**Samet Tatar**
Asistant Professor of Cyber Law

Connect

**Chiara Crivelli**
LL.B. European Law candidate at Maastricht University || MaRBLe excellence program || Minor in Business and Law

Connect

**Ife Ashabo**
Owner and Managing Attorney at Stafford Immigration Group

Connect

Show all

**You might like**
Groups for you

**Technology Investor Club: Artificial Intelligence, Data Science, Fintech, IoT, Robotics & Cloud AI**
1,181,159 members

Join

**Microsoft Excel Users**
1,593,048 members

Join

Show all

