# Exhibit 6

       



**Kirk Skaugen** (He/Him)

Executive Vice President Lenovo, President Infrastructure Solutions Group

- Lenovo
- Purdue University

Morrisville, North Carolina, United States · Contact info

500+ connections

Connect    Message    More

**Activity**
11,075 followers

Posts   Comments   Images

Kirk Skaugen posted this • 4mo

It's not everyday your personal and professional interests collide!

Here's a terrific story about two Raleigh, North Carolina- …show more

437                                                              14 comments

Kirk Skaugen posted this • 6mo

Always a pleasure sharing the stage with AMD Chair and CEO Dr. Lisa Su. Since the beginning, Lenovo has been committed to 'AI for All.' Combining the power of Lenovo and AMD drives anothe …show more

1,200                                                            20 comments

Kirk Skaugen posted this • 9mo

Was honored to present RedBull and Max the Constructors' Cup trophy at the Lenovo F1 Japan Grand Prix as the new World Constructors' Champions #LenovoF1 #wearelenovo #JapaneseGP

1,253                                                            86 comments

**Show all posts →**

**Experience**

 **Executive Vice President Lenovo, President Infrastructure Solutions Group (ISG)**
Lenovo
Nov 2016 - Present · 7 yrs 8 mos
Morrisville, North Carolina

Kirk Skaugen is Executive Vice President of Lenovo and President, Infrastructure Solutions Group. As a member of Lenovo's executive staff, Skaugen is responsible for growing Lenovo's global footprint across more than 180 countries for servers, storage, networking, Lenovo's edge

       

Home | My Network | Jobs | Messaging | Notifications | Me | For Business | Try Premium for $0

**Kirk Skaugen** (He/Him)
Executive Vice President Lenovo, President I…

More | Message | Connect

## Experience



**Executive Vice President Lenovo, President Infrastructure Solutions Group (ISG)**
Lenovo
Nov 2016 - Present · 7 yrs 8 mos
Morrisville, North Carolina

Kirk Skaugen is Executive Vice President of Lenovo and President, Infrastructure Solutions Group. As a member of Lenovo's executive staff, Skaugen is responsible for growing Lenovo's global footprint across more than 180 countries for servers, storage, networking, Lenovo's edge portfolio and related software and professional services. Under his leadership Lenovo's server business has become one of the fastest growing x86 server OEMs in the world, according to Gartner. Lenovo's x86 systems now rank #1 in customer satisfaction in TBR's Corporate IT Buying Behavior and #1 in reliability by ITIC, two industry rankings measured from global CIO surveys. The Lenovo and Infrastructure Solutions Group supply chain operations are ranked #3 of all high tech companies and #9 within the top 300 companies across all industries. Skaugen has driven a customer centric culture with Lenovo continuously earning a position as the industry's most trusted data center partner. As of July 2018, Lenovo ISG became the largest supplier of global Top500 supercomputers systems. 19 of the top 25 global research universities now run Lenovo supercomputers, addressing the world's greatest health and scientific breakthroughs and helping solve humanity's greatest challenges.

**Intel Corporation**
16 yrs 6 mos

**Senior Vice President, General Manager Client Computing Group**
Jan 2015 - Jun 2016 · 1 yr 6 mos
Hillsboro, Oregon

Kirk Skaugen was senior vice president and general manager of the Client Computing Group (CCG) at Intel Corporation. He was responsible for the company's client computing business and strategies exceeding $34 billion for PC, tablet, smartphone, and phablet platforms. Skaugen was leading Intel's efforts to transform client computing through new technologies, form factors and user experiences.He led client innovation with initiatives such as Ultrabook™, All-in-Ones and new 2 in 1 computing devices. CCG's P&L includes Intel® Core™, Core™ M, VPro™ technology, Intel® Atom™, Celeron®, Pentium® and PUMA™ processors and related chipsets, and connectivity solutions including Intel's 3G and LTE modems, Thunderbolt™ technology, Intel® WiFi, WiGig, wired client ethernet, and Intel's new RealSense™ 3D cameras.

**Senior Vice President, General Manager PC Client Group**
Feb 2012 - Dec 2014 · 2 yrs 11 mos
Hillsboro, Oregon

Kirk Skaugen was previously senior vice president and general manager of the PC Client Group. With nearly 1 million PCs shipping globally per day during this period, Skaugen led Intel's efforts in once again transforming the personal computer industry with the Ultrabook™ and 2-in-1 devices. He headed Intel's largest business unit including the platform planning, architecture, engineering, enabling and marketing of Intel's solutions for mobile and desktop computing. Skaugen managed the consumer and business client P&L's which includes the Intel® Core™, Pentium™ and Celeron™ family of processors, client chipsets, motherboards and systems, Thunderbolt, and PC wireless computing solutions. He also leads Intel's cable home gateway business.

CVP, Intel Corporation; GM Datacenter & Connected Systems Group

2011 - 2012 · 1 yr

Hillsboro, Oregon

Kirk Skaugen was corporate vice president and general manager of the Datacenter and Connected Systems Group for Intel Corporation. In this role Skaugen led the business P&L's, strategy, and product development for Intel's datacenter, cloud computing, communications infrastructure, and intelligent connected device platforms (Intel's embedded business). His product responsibilities consisted of Intel® Xeon® and Itanium® processors, Intel® Atom™ processor-based system-on-chip design, server chipsets, embedded processors and solutions, Intel's wired networking for Ethernet and Thunderbolt™, server motherboards, and software solutions. Skaugen also managed cross-Intel Architecture technology path-finding spanning client to server.

Vice President, Intel Architecture Group; GM Data Center Group

Oct 2009 - 2011 · 1 yr 4 mos

Kirk Skaugen was vice president of the Intel Architecture Group and general manager of the Data Center Group for Intel Corporation. He was responsible for driving Intel's data center vision and the definition, development and marketing of Intel enterprise computing, network, and storage solutions. Skaugen's P&L responsibility included Intel server, workstation, and storage processors, chipsets, motherboards, and wired networking.

Vice President, Digital Enterprise Group; General Manager, Server Platforms Group.

2004 - Nov 2009 · 5 yrs 11 mos

Kirk Skaugen was vice president of the Digital Enterprise Group and general manager of the Server Platforms Group for Intel Corporation. In this role, Skaugen had P&L responsibility for Intel's server, storage and workstation platforms, including the Intel® Xeon® and Intel® Itanium® processors and related platform silicon, software and motherboards.

General Manager, Asia Pacific Solutions Group

Jan 2003 - Dec 2004 · 2 yrs

Skaugen served in Asia as general manager of Intel Asia Pacific Solutions Group, responsible for the development and deployment of optimized software and related solutions across Intel's client and server platform architectures. He also managed Intel's relationships with end-users, independent software vendors, OS vendors, system integrators, and service providers across Asia-Pacific.

General Manager, Enterprise Platforms and Services Division

2000 - Dec 2002 · 3 yrs

Skaugen was general manager of Intel's Enterprise Platforms & Services Division (EPSD) with P&L responsibility for Intel's server board and system business.

Ad  ···

Stay informed on industry news and trends



Andrew, get the latest on **84 Lumber**
News, Jobs, and More!

Follow

**Other similar profiles**

**Dilip Bhatia** in · 3rd+

VP, Chief Experience Officer at Lenovo

Case 2:23-cv-00449-JRG   Document 23-7   Filed 06/07/24   Page 5 of 6 PageID #:  749

**Purdue University**
BSEE, Electrical Engineering; Business
1988 - 1992

Activities and societies: Sigma Nu Fraternity

## Skills

**Cloud Computing**

Endorsed by Alexey Navolokin and 17 others who are highly skilled at this

Endorsed by 12 colleagues at Lenovo

99+ endorsements

**Computer Hardware**

Endorsed by Brenda Thompson who is highly skilled at this

Endorsed by 4 colleagues at Intel Corporation

6 endorsements

Show all 28 skills →

## Interests

**Companies**   Newsletters   Schools

**Hewlett Packard Enterprise**
3,600,090 followers

+ Follow

**Oracle**
9,615,999 followers

+ Follow

Show all companies →

Ad  ···
Building new homes in some of the nation's most popular cities.

Andrew, you might like to follow **Lennar**

Follow

**Other similar profiles**

**Dilip Bhatia** · 3rd+
VP, Chief Experience Officer at Lenovo

+ Follow

**Heiko Meyer** · 3rd+
Executive Vice President and Chief Sales Officer at Hewlett Packard Enterprise

+ Follow

**Scott Tease** · 3rd+
Vice President, General Manager Artificial Intelligence and HPC WW at Lenovo

+ Follow

**Dale Aultman** 🔗 · 3rd+
Vice President & General Manager, Hybrid Cloud Services at Lenovo

Message

**Ryan McCurdy** · 3rd+
Lenovo SVP & President North America. Responsible for Lenovo's device, infrastructure and services and solutions businesses in North…

+ Follow

Show all

**You might like**
Pages for you

**AMD**
Semiconductor Manufacturing
1,449,222 followers

+ Follow

**Motorola Mobility (a Lenovo Company)**
Computers and Electronics Manufacturing
453,797 followers

+ Follow

Show all

