**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br>          Plaintiff, <br> v. <br><br> LENOVO GROUP LIMITED, <br><br>          Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

## <u>ORDER</u>

Before the Court is Defendant Lenovo Group Limited's ("LGL") Motion to Dismiss (Dkt. No. 18).  Having considered LGL's Motion, the Court holds that the Motion to Dismiss should be and is hereby **DENIED**.