**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED. <br><br> Defendant. | Civil Action No.: 2:23-CV-00449 <br><br> **JURY TRIAL DEMANDED** |

**ORDER DENYING PLAINTIFF UNIVERSAL CONNECTIVITY TECHNOLOGIES INC.'S MOTION TO COMPEL DISCOVERY**

Before the Court is Plaintiff Universal Connectivity Technologies Inc.'s Motion to Compel Discovery. The Court, having considered same, is of the opinion the motion should be DENIED.