# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br> Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR ORAL HEARING REGARDING PLAINTIFF UNIVERSAL CONNECTIVITY TECHNOLOGIES INC.'S MOTION TO COMPEL (DKT. NO. 34)

Plaintiff Universal Connectivity Technologies Inc. ("UCT"), files this Unopposed Motion for Oral Hearing regarding UCT's Motion to Compel Discovery from Defendant Lenovo Group Limited ("LGL").

On August 6, 2024, UCT filed a Motion to Compel Discovery from LGL concerning (1) LGL's document production under the Local Rules and the Discovery Order, including the P.R. 3-4 document production; and (2) LGL's responses to UCT's interrogatories. *See* Dkt. No. 34 ("Motion to Compel") at 1. On August 27, 2024, LGL filed its opposition to UCT's Motion to Compel. *See* Dkt. No. 39.

As briefing has now completed, UCT asks that this Court set a hearing on UCT's Motion to Compel. LGL does not believe a hearing is necessary but does not oppose UCT's Motion for Oral Hearing and leaves it to the Court's discretion. A proposed order is submitted herewith.

Dated: September 6, 2024

Respectfully submitted,

By: */s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com

1

Jonathan Yim (TX SBN 24066317)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
Ashley M. Ratycz (IL SBN 6330321)
aratycz@bclgpc.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24$^h$ Floor
New York, NY 10016
Telephone: (212) 951-0100

Jennifer Truelove
Texas Bar No. 24012906
**MCKOOL SMITH, P.C.**
jtruelove@mckoolsmith.com
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903-923-9000
Telecopier: 903-923-9099

*Attorneys for Universal Connectivity Technologies Inc.*

## **CERTIFICATE OF SERVICE**

I certify that this document is being served upon counsel of record on September 6, 2024 via electronic service.

>                                           /s/ *Brett Cooper*
>                                           Brett Cooper

## **CERTIFICATE OF CONFERENCE**

Counsel for both parties have complied with the meet and confer requirements of Local Rule CV-7(h).  In particular, counsel for UCT, including Ashley Ratycz met and conferred with counsel for LGL, including Steve Marshall on September 6, 2024.  UCT's Motion for Oral Hearing is unopposed.

>                                           /s/ *Brett Cooper*
>                                           Brett Cooper

3