# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Universal Connectivity Technologies Inc.'s ("UCT") Unopposed Motion for Oral Hearing regarding UCT's Motion to Compel Discovery from Defendant Lenovo Group Limited ("LGL"). Having considered UCT's Motion, the Court holds that the Motion for Oral Hearing should be and is hereby **GRANTED**.

IT IS THEREFORE ORDERED that the Hearing on UCT's Motion to Compel will take place on this day _____, of this month _____, 2024.

**SO ORDERED.**