**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., | |
| Plaintiff, | Civil Action No.: 2:23-CV-00449 |
| v. | **JURY TRIAL DEMANDED** |
| LENOVO GROUP LIMITED. | |
| Defendant. | |

## <u>NOTICE OF COMPLIANCE</u>

Defendant Lenovo Group Limited hereby notifies the Court that it has served Document Productions and Supplemental Responses on counsel for Plaintiff via electronic mail on October 11, 2024 in compliance with the Court's October 2, 2024, Order [Dkt. No.44].  LGL has also notified counsel for Plaintiff that it will work cooperatively to address any questions or concerns regarding the same.

Dated: October 11, 2024

Respectfully submitted,

*/s/ Stephen Marshall*
Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450

Indranil Mukerji
MA Bar No. 644059
imukerji@cov.com
Stephen Marshall
DC Bar No. 1012870
smarshall@cov.com
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 626-6000

Sudip Kundu
skundu@dtolaw.com
**DTO LAW**
307 5th Avenue, 12th Floor
New York, NY 10016
Telephone: (646) 403-9901

Aliza George Carrano
DC Bar No. 995661
acarrano@willkie.com
Dane Sowers
TX Bar No. 24126820
dsowers@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

*Attorneys for Defendant Lenovo Group Limited*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) upon all counsel of record on October 11, 2024.

*/s/ Melissa R. Smith*
_____
Melissa R. Smith