IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., | § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 2:23-CV-00449-JRG |
| LENOVO GROUP LIMITED, | | |
| *Defendant*. | | |

# ORDER

Before the Court is Defendant Lenovo Group Limited's ("Defendant") Motion to Stay Pending Disposition of its Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"). (Dkt. No. 45.) In the Motion, Defendant requests to stay the case pending resolution of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 18) (the "Motion to Dismiss"). (Dkt. No. 45 at 1.) On October 17, 2024, the Court issued an order denying Defendant's Motion to Dismiss. (Dkt. No. 47.)

Accordingly, the Court finds that the Motion (Dkt. No. 45) should be and hereby is **DENIED AS MOOT**.

So ORDERED and SIGNED this 17th day of October, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE