# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR ENTRY OF STIPULATED SUPPLEMENTAL PROTECTIVE ORDER  FOR NON-PARTY ADVANCED MICRO DEVICES, INC.**

Plaintiff Universal Connectivity Technologies Inc. ("UCT") respectfully submits the attached proposed stipulated supplemental Protective Order for non-party Advanced Micro Devices, Inc., for the Court's consideration and approval.  Non-party Advanced Micro Devices, Inc. has requested the supplemental protective order for its production in response to UCT's subpoena.  Defendant Lenovo Group Limited ("LGL") does not oppose this motion.

Dated:  November 25, 2024

Respectfully submitted,

*/s/ Brett E. Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: 212-951-0100

*Attorneys for Plaintiff Universal Connectivity Technologies Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 25, 2024 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Brett Cooper*
Brett Cooper

## CERTIFICATE OF CONFERENCE

The Parties have complied with the meet and confer requirement and the motion is submitted as unopposed.

*/s/ Brett Cooper*
Brett Cooper