UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Universal Connectivity Technologies Inc.'s ("UCT" or "Plaintiff") Unopposed Motion for the Issuance of Letter Rogatory (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, the Court will execute the Request for Judicial Assistance attached as Exhibit A to UCT's Motion. The Clerk is DIRECTED to authenticate, under seal of this Court, the Court's signature on the Request for Judicial Assistance and prepare two certified copies of the signed and sealed letter. Counsel for UCT is hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Request for Judicial Assistance to the proper authority in Taiwan.