IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., | § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 2:23-CV-00449-JRG |
| LENOVO GROUP LIMITED, | | |
| *Defendant*. | | |

## ORDER

Before the Court is the Unopposed Motion for the Issuance of Letter Rogatory to Request the Production of Documents by Realtek Semiconductor Corp. (Taiwan) (Dkt. No. 63), Unopposed Motion for the Issuance of Letter Rogatory to Request the Production of Documents by Parade Technologies, Ltd. (Taiwan) (Dkt. No. 64), and Unopposed Motion for the Issuance of Letter Rogatory to Request the Production of Documents by VIA Labs, Inc. (Taiwan) (Dkt. No. 65) (collectively, the "Motions") filed by Plaintiff Universal Connectivity Technologies Inc. ("Plaintiff"). In the Motions, Plaintiff requests the Court to issue Requests for Judicial Assistance ("Letters Rogatory") addressed to judicial authorities in Taiwan requesting that the Taiwanese authority assist in obtaining documents from Realtek Semiconductor Corp., Parade Technologies, Ltd., and VIA Labs, Inc. (Dkt. No. 63 at 1; Dkt. No. 64 at 1; Dkt. No. 65 at 1.) The Motions are unopposed. (*Id.* at 1.)

Having considered the Motions, and noting their unopposed nature, the Court finds that they should be and hereby are **GRANTED**. The Court **APPROVES** the proposed Letters Rogatory, which are attached to the Motions as Exhibit A. (Dkt. Nos. 63-1, 64-1, 65-1.)

2

Accordingly, the Court will execute the Letters Rogatory with original signatures, to which the Clerk of the Court shall affix original seals.

**So ORDERED and SIGNED this 5th day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE