# EXHIBIT 5

# DEFENDANT'S MOTION TO STRIKE INFRINGEMENT CONTENTIONS

# FILED UNDER SEAL
# PURSUANT TO THE PROTECTIVE ORDER