# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br>                      Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF ASHLEY RATYCZ IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR EXHIBITS IN SUPPORT OF MOTION TO ENFORCE LENOVO'S COMPLIANCE WITH MOTION TO COMPEL**

I, Ashley Ratycz, hereby declare under the penalty of perjury as follows:

1. I am an attorney and partner at BC Law Group, P.C., counsel of record for Plaintiff Universal Connectivity Technologies ("UCT"). I am one of the attorneys responsible for representing UCT in this matter. I have personal knowledge of all facts stated in this declaration and if called as a witness, could and would competently testify to these facts. I respectfully submit this declaration in support of Plaintiff Universal Connectivity Technologies Inc.'s Unopposed Motion for Leave to Exceed Page Limits for Exhibits in Support of UCT's Motion to Enforce Lenovo's Compliance with Motion to Compel (Dkt. No. 84).

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from UCT's First Set of Interrogatories to Lenovo, dated June 14, 2024.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of Lenovo's Objections and Responses to UCT's First Set of Interrogatories, dated July 29, 2024.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain between counsel for UCT and counsel for Lenovo from October 11 through October 25, 2024.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Ashley Ratycz to counsel for Lenovo, sent on November 5, 2024.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email chain between counsel for UCT and counsel for Lenovo from December 2 through December 13, 2024.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of January in Westlake, OH.

*/s/ Ashley Ratycz*
Ashley Ratycz