# Exhibit 4

| | |
|---|---|
| **Subject:** | UCT v. LGL - CONFIDENTIAL - ATTORNEYS EYES ONLY |
| **Date:** | Tuesday, November 5, 2024 at 2:39:15 PM Central Standard Time |
| **From:** | Ashley Ratycz |
| **To:** | UCTvLen-Svc@kilpatricktownsend.com, Moore, Steve, Lee, Josh, melissa@gillamsmithlaw.com, Diana Arias, Moore, Susie |
| **CC:** | UCT Counsel |
| **Attachments:** | LGL Products with Intel Processors .xlsx |

## **CONFIDENTIAL - ATTORNEYS EYES ONLY**

Counsel,

During our meet and confer on Monday November 4, 2024, you stated that UCT had not provided, in writing, its position regarding whether the Intel License covers all LGL products that include an Intel processor. While UCT disagrees that it is required to provide its position to LGL in writing, UCT provides the following explanation which UCT has expressed to LGL several times during meet and confers with LGL's current and previous counsel.

The Intel License does not cover all LGL products that include an Intel processor. Rather, the Intel License only applies if the Intel processor is providing substantially all, or a majority of, the functionality recited in the asserted patent claim. *See* Intel License at 1.7(iii). Several of UCT's asserted patents are directed to functionality that is provided by components in LGL's products other than the processor. For example, certain UCT asserted patents are directed to power delivery functionality. That functionality is provided by the power delivery controller, not by the processor. Accordingly, for those patents, it does not matter whether LGL's products include an Intel processor or some other processor because the relevant functionality comes from the power delivery controller, not the processor. This same explanation applies where the relevant functionality is coming from, for example, the graphics card, not the processor.

With that explanation in mind, UCT needs LGL to identify all of the power delivery controllers and graphics cards for the LGL products regardless of what kind of processor the LGL product has. The initial spreadsheet provided by LGL excluded any products that included an Intel processor. To aid in your efforts, we have compiled the attached spreadsheet that includes all of the LGL products with Intel processors that were missing from LGL's initial spreadsheet. To the extent it is helpful, I have also included a separate column in the spreadsheet that identifies which of those LGL products with Intel processors includes an NVIDIA graphics card.

Please confirm that LGL will update its spreadsheet to include all of the LGL products that have Intel processors.

Best,
Ashley