# Exhibit 5

| | |
|---|---|
| **Subject:** | RE: UCT v LGL - LGL Products with an Intel Processor |
| **Date:** | Friday, December 13, 2024 at 3:54:30 PM Central Standard Time |
| **From:** | Lee, Josh |
| **To:** | Ashley Ratycz |
| **CC:** | kurt@truelovelawfirm.com, UCT Counsel, UCTvLen-Svc |

Ashley,

We are in receipt of your further narrowed request regarding Intel-based products, in which you finally identify which patents are at issue in your requests. However, none of these 487 "Lenovo Products with Intel Processors that Support USB-C 1.0 or later" is identified in UCT's Infringement Contentions as infringing any asserted claim of the '265 Patent or '712 Patent. Further, UCT's Infringement Contentions fail to provide any justification for why the Intel License does not cover these products and remain in conflict with UCT's statements in Paragraphs 48 and 59 of the Complaint that UCT's identification of Accused Products for the '265 Patent and the '712 Patent is not intended to cover products licensed under the Intel License. Additionally, UCT's claim charts for the '265 Patent and the '712 Patent fail to show how any product that supports any of USB-C 1.0, USB-C 1.1, USB-C 1.2, USB-C 1.3, or USB-C 1.4, for example, necessarily satisfies each and every limitation of any asserted claim of either patent.

As such, in order for us to evaluate UCT's further revised request with our client, we ask for UCT to identify where in its Infringement Contentions it has identified which Asserted Patent(s) is (and is not) allegedly infringed by each of the 487 "Lenovo Products with Intel Processors that Support USB-C 1.0 or later" that UCT seeks discovery on, as well as where UCT has made any contention that each of these 487 Intel-based products infringes one or more claims of any Asserted Patent based solely on its support of USB-C 1.0, USB-C 1.1, et al., respectively. Additionally, please also identify where in UCT's Infringement Contentions there is any contention that each of these 487 Intel-based products is not licensed under the Intel License, including in light of UCT's affirmative statement in the Complaint that UCT's "identification of the Accused Products is not intended to accuse products where the infringement accusations are directed at products that are licensed by the license between Intel Corporation and Wi-LAN."

Thanks,
Josh

Josh Lee
JLee@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6582 | **M** 678 296 2146 | **F** 404 541 3252
My Profile | vCard

---

**From:** Ashley Ratycz <ARatycz@bclgpc.com>
**Sent:** Tuesday, December 10, 2024 3:40 PM
**To:** Lee, Josh <JLee@ktslaw.com>
**Cc:** kurt@truelovelawfirm.com; UCT Counsel <UCT_Counsel@bc-lawgroup.com>; UCTvLen-Svc <UCTvLen-Svc@kilpatricktownsend.com>
**Subject:** Re: UCT v LGL - LGL Products with an Intel Processor

Josh,

In response to our phone conference on November 18th, UCT identified a narrowed list of LGL Products with Intel Processors and requested discovery related specifically to the power delivery controllers in those products.

In light of your email, we have made a further attempt to narrow our request and in the attached spreadsheet, we have identified LGL Products with Intel Processors that support USB-C 1.0 (or later). These products infringe at least the asserted claims of the '265 patent and the '712 patent based on their support of USB-C 1.0 (or later).

Please let us know when we can expect LGL to provide the requested information related to the power delivery controllers of the LGL Products in the attached spreadsheet.

Best,
Ashley

---

**From:** Lee, Josh <JLee@ktslaw.com>
**Date:** Friday, December 6, 2024 at 11:48 AM
**To:** Ashley Ratycz <ARatycz@bclgpc.com>, UCTvLen-Svc <UCTvLen-Svc@kilpatricktownsend.com>
**Cc:** kurt@truelovelawfirm.com <kurt@truelovelawfirm.com>, UCT Counsel <UCT_Counsel@bc-lawgroup.com>
**Subject:** RE: UCT v LGL - LGL Products with an Intel Processor

Ashley,

In our most recent telephone conference on November 18th, we asked your team to identify which Asserted Patent(s) is allegedly infringed by each of the Accused Products with Intel processors that UCT seeks discovery on. You agreed to provide such identification, but have not done so. Rather, you now simply request discovery on 763 "Lenovo Products with Intel Processors that Support USB PD 2.0 or Later." As noted, however, UCT has failed to identify any asserted claim of any Asserted Patent allegedly infringed by any of these 763 Intel-based products, much less provided any justification for why the Intel License does not cover those products. Moreover, none of the claim charts included in UCT's Infringement Contentions appear to accuse of infringement products that support "USB PD 2.0 or later" – let alone show how any product that supports "USB PD 2.0 or later" necessarily satisfies each and every limitation of any asserted claim.

As such, in order for us to evaluate UCT's "revised" request with our client, we ask again for UCT to identify where in its Infringement Contentions it has identified which Asserted Patent(s) is allegedly infringed by each of the 763 "Lenovo Products with Intel Processors that Support USB PD 2.0 or Later" that UCT seeks discovery on, as well as where UCT has made any contention that each of these 763 Intel-based products infringes one or more claims of any Asserted Patent based solely on its support of "USB PD 2.0 or Later." Additionally, please also identify where in UCT's Infringement Contentions there is any contention that each of these 763 Intel-based products is not licensed under the Intel License, including in light of UCT's affirmative statement in the Complaint that UCT's

"identification of the Accused Products is not intended to accuse products where the infringement accusations are directed at products that are licensed by the license between Intel Corporation and Wi-LAN."

Thanks,
Josh

Josh Lee
JLee@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6582 | **M** 678 296 2146 | **F** 404 541 3252
My Profile | vCard

**From:** Ashley Ratycz <ARatycz@bclgpc.com>
**Sent:** Monday, December 2, 2024 12:09 PM
**To:** UCTvLen-Svc <UCTvLen-Svc@kilpatricktownsend.com>
**Cc:** kurt@truelovelawfirm.com; UCT Counsel <UCT_Counsel@bc-lawgroup.com>
**Subject:** UCT v LGL - LGL Products with an Intel Processor

**CAUTION: External Email**

Counsel,

Attached please find a revised list of LGL Products with Intel Processors that we believe support USB PD 2.0 or later based on publicly available information.  Please identify the PD controller supplier and model number for each of these products.

Best,
Ashley Ratycz

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.