UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br> Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Upon consideration of Plaintiff Universal Connectivity Technologies Inc.'s ("UCT") Unopposed Motion for Leave to Exceed Page Limits for Exhibits in Support UCT's Motion to Enforce Lenovo Group Limited's Compliance With Motion to Compel, the Court hereby **GRANTS** the Motion.

It is **SO ORDERED**.