IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00449-JRG |
| LENOVO GROUP LIMITED, | § § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Exceed Page Limits for Exhibits in Support of Motion to Enforce Lenovo's Compliance with Motion to Compel (the "Motion") filed by Plaintiff Universal Connectivity Technologies Inc. ("Plaintiff"). (Dkt. No. 85.) In the Motion, Plaintiff seeks leave to file "four additional exhibits including email communications between the parties referenced in UCT's Motion to Enforce." (*Id.* at 1.) Plaintiff "requests leave to file the Declaration of Ashley Ratycz and corresponding Exhibits 1-5, which collectively comprise 17 total pages." (*Id.*) The Motion is unopposed. (*Id.* at 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Plaintiff has leave to **exceed** the exhibit page limit in support of its Motion to Enforce (Dkt. No. 84) and file the Declaration of Ashley Ratycz and corresponding Exhibits 1-5.

**So ORDERED and SIGNED this 31st day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE