# EXHIBIT A

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| 1 | '905 Patent: claims 1, 8, 15, 21 | "in-band symbols" | "a symbol normally appearing in a packet (i.e. for encoding data)" | "a symbol normally appearing in a packet" |
| 2 | '905 Patent: claims 1, 8, 15, 21 | "out-of-band symbols" | "a symbol not normally appearing in a packet (i.e. for encoding synchronization or control information)" | "a symbol not normally appearing in a packet" |
| 3 | '905 Patent: claims 16, 22 | "primitives" | No construction necessary. Plain and ordinary meaning.[1] | "a sequence of two out-of-band symbols" |
| 4 | '905 Patent: claim 21 | "a preemption component that signals the transmission component to stop transmitting the first packet, transmits a preempt indicator indicating that a second packet is to be transmitted, transmits the second packet, and signals the transmission component to continue transmitting the first packet" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br><br>Function: "signals the transmission component to stop transmitting the first packet, transmits a preempt indicator indicating that a second packet is to be transmitted, transmits the second packet, and signals the transmission component to continue transmitting the first packet" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* [i] signalling the transmission component to stop transmitting the first packet, [ii] transmitting a pre-empt indicator indicating that a second packet is to be transmitted, [iii] transmitting the second packet, and [iv] signalling the transmission component to continue transmitting the first packet<br><br>*Structure:* (none)<br><br>Indefinite |

---

[1] For terms/phrases where UCT has indicated that no construction is necessary, UCT contends that either no construction is necessary or the term should be construed according to its plain and ordinary meaning. UCT reserves the right to propose constructions for these terms/phrases after reviewing Lenovo's briefing and supporting evidence.

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| | | | Corresponding structure: "20:3-25, Fig. 13 and 20:31-37, Fig. 14 and 20:50-67, and equivalents thereof" | |
| 5 | '798 Patent: claims 20, 21 | "in-band symbols" | "a symbol normally appearing in a packet (i.e. for encoding data)" | "a symbol normally appearing in a packet" |
| 6 | '798 Patent: claims 20, 21 | "out-of-band symbols" | "a symbol not normally appearing in a packet (i.e. for encoding synchronization or control information)" | "a symbol not normally appearing in a packet" |
| 7 | '798 Patent: claims 11, 19, 20, 22, 28 | "synchronization symbol" | No construction necessary. Plain and ordinary meaning. | "a symbol for coordinating events that is separate from the corresponding packet itself" |
| 8 | '798 Patent: claims 11, 19, 28 | "synchronization primitive" | No construction necessary. Plain and ordinary meaning. | "a sequence of two out-of-band synchronization symbols" |
| 9 | '798 Patent: claim 19 | "an identification component that identifies a packet type of a packet of symbols" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br><br>Function: "identifies a packet type of a packet of symbols"<br><br>Corresponding structure: "8:31-33, 9:12-22, 15:4-8, 15:12-14, Fig. 10 and 18:46-57, Fig. 11 and 18:58-19:10, and equivalents thereof" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* identifies a packet type of a packet of symbols<br><br>*Structure:* (none)<br><br>Indefinite |

2

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| 10 | '520 Patent: claim 1 | "conducting arbitration for control of the first control bus" | No construction necessary. Plain and ordinary meaning. | "conducting a process that determines whether the first device or second device gains control of the first control bus" |
| 11 | '520 Patent: claims 1, 12, 19 | "standard protocol" | No construction necessary. Plain and ordinary meaning. | "a communication protocol that was standardized as of the January 4, 2008, filing date of the '520 Patent" |
| 12 | '520 Patent: claims 1, 12, 19 | "modified protocol" | No construction necessary. Plain and ordinary meaning. | "a communication protocol that is a modification of the standard protocol and that was available as of the January 4, 2008, filing date of the '520 Patent" |
| 13 | '520 Patent: claim 12 | "logic to convert each of one or more control signals into a data packet …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br><br>Function: "convert each of one or more control signals into a data packet"<br><br>Corresponding structure: "1:65-2:1, 3:34-37, 7:28-38, 10:3-10, Fig. 2 (214), 7:42-47, and equivalents thereof" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* convert each of one or more control signals into a data packet, each of the one or more control signals being one of a plurality of different types of control signals for a standard protocol, each data packet including a plurality of bits to be transmitted<br><br>*Structure:* (none)<br><br>Indefinite |

3

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| 14 | '520 Patent: claim 12 | "logic to arbitrate use of the first control bus …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br><br>Function: "arbitrate use of the first control bus by determining whether the control bus is in use by the receiving device and, if the first control bus is not in use by the receiving device, conducting arbitration for control of the first control bus"<br><br>Corresponding structure: "Fig. 2 (206), Fig. 3, 3:53-55, 4:60-67, 5:1-67, 7:17-28, 7:48-8:12, 8:37-39, 10:3-10, and equivalents thereof" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* to arbitrate use of the first control bus, the logic to arbitrate use being operable to: [i] determine whether the control bus is in use by the receiving device, and [ii] if the first control bus is not in use by the receiving device, conduct arbitration for control of the first control bus<br><br>*Structure:* a general-purpose processor, special-purpose processor, or logic circuit programmed with instructions to perform Steps 304-322 of Figure 3 |
| 15 | '520 Patent: claim 19 | "logic to convert each of the one or more data packets into a control signal" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply: | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* convert each of the one or more data packets into a control signal<br><br>*Structure:* (none)<br><br>Indefinite |

4

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| | | | Function: "convert each of the one or more data packets into a control signal"  Corresponding structure: "1:65-2:1, 3:34-37, 7:28-38, 10:3-10, Fig. 2 (214), 7:42-47, and equivalents thereof" | |
| 16 | '520 Patent: claim 19 | "logic to arbitrate use of the first control bus …" | No construction necessary. Plain and ordinary meaning.  This claim term does not invoke §112(6).  Alternatively, should §112(6) apply:  Function: "arbitrate use of the first control bus by determining whether the control bus is in use by the transmitting device and, if the first control bus is not in use by the transmitting device, conducting arbitration for control of the first control bus"  Corresponding structure: "Fig. 2 (206), Fig. 3, 3:53-55, 4:60-67, 5:1-67, 7:17-28, 7:48-8:12, 8:37-39, 10:3-10, and equivalents thereof" | Subject to 35 U.S.C. § 112, ¶6  *Function:* to arbitrate use of the first control bus, the logic to arbitrate use being operable to: [i] determine whether the control bus is in use by the transmitting device, and [ii] if the first control bus is not in use by the transmitting device, conduct arbitration for control of the first control bus  *Structure:* a general-purpose processor, special-purpose processor, or logic circuit programmed with instructions to perform Steps 304-322 of Figure 3 |

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| 17 | '231 Patent: claim 10 | "logic to detect signals on the cable interface …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br><br>Function: "detect signals on the cable interface"<br><br>Corresponding structure: "2:7-10, 3:24-26, 4:13-16, 6:36-39, 7:38-44, 8:25-27, 8:55-59, 8:67-9:3, 10:35-42, Fig. 7 (706), Fig. 8 (812), 2:10-15, 3:22-24, 4:31-33, 7:47-53, 7:59-62, 8:31-36, 8:55-58, 9:20-22, 10:35-42, Fig. 7 (712), and equivalents thereof" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* detect signals on the cable interface<br><br>*Structure:* (none)<br><br>Indefinite |
| 18 | '231 Patent: claim 10 | "first logic to detect a voltage value on the power bus …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br><br>Function: "detect a voltage value on the power bus" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* detect a voltage value on the power bus<br><br>*Structure:* (none)<br><br>Indefinite |

6

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| | | | Corresponding structure: "2:7-10, 3:24-26, 4:13-16, 6:36-39, 7:38-44, 8:25-27, 8:55-59, 8:67-9:3, 10:35-42, Fig. 7 (706), Fig. 8 (812), and equivalents thereof" | |
| 19 | '231 Patent: claim 10 | "second logic to detect signals on the control bus …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br><br>Function: "detect signals on the control bus"<br><br>Corresponding structure: "2:10-15, 3:22-24, 4:31-33, 7:47-53, 7:59-62, 8:31-36, 8:55-58, 9:20-22, 10:35-42, Fig. 7 (712), Fig. 8 (812), and equivalents thereof" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* detect signals on the control bus<br><br>*Structure:* (none)<br><br>Indefinite |
| 20 | '231 Patent: claim 10 | "periodically" | No construction necessary. Plain and ordinary meaning. | "occurring in regular, repeated cycles" |
| 21 | '231 Patent: claim 16 | "logic to discover a transmitting device …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply: | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* discover a transmitting device coupled with the receiving device<br><br>*Structure:* (none)<br><br>Indefinite |

7

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| | | | Function: "discover a transmitting device coupled with the receiving device" Corresponding structure: "Abstract, 1:62-65, 3:22-24, 4:24-30, 4:40-42, 7:4-9, 8:27-31, 8:55-58, 9:13-19, 10:35-42, Fig. 7 (710), Fig. 8 (832), 1:65-2:3, 3:24-26, 6:54-7:3, 7:17-21, 8:9-19, 8:55-59, 10:35-42, and equivalents thereof" | |
| 22 | '231 Patent: claim 16 | "first logic to detect a first signal on the control bus …" | No construction necessary. Plain and ordinary meaning. This claim term does not invoke §112(6). Alternatively, should §112(6) apply: Function: "detect a first signal on the control bus" Corresponding structure: "Abstract, 1:62-65, 3:22-24, 4:24-30, 4:40-42, 7:4-9, 8:27-31, 8:55-58, 9:13-19, 10:35-42, Fig. 7 (710), Fig. 8 (832), and equivalents thereof" | Subject to 35 U.S.C. § 112, ¶6 *Function:* detect a first signal on the control bus *Structure:* (none) Indefinite |

8

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| 23 | '231 Patent: claim 16 | "second logic to detect a power signal …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br><br>Function: "detect a power signal from the transmitting device"<br><br>Corresponding structure: "Abstract, 1:65-2:3, 3:24-26, 6:54-7:3, 7:17-21, 8:9-19, 8:55-59, 10:35-42, Fig. 8 (832), and equivalents thereof" | Subject to 35 U.S.C. § 112, ¶6<br>*Function:* detect a power signal from the receiving device<br>*Structure:* (none)<br>Indefinite |
| 24 | '231 Patent: claim 18 | "standard protocol" | No construction necessary. Plain and ordinary meaning. | "a communication protocol that was standardized as of the January 4, 2008, filing date of the '231 Patent" |
| 25 | '231 Patent: claim 18 | "modified protocol" | No construction necessary. Plain and ordinary meaning. | "a communication protocol that is a modification of the standard protocol and that was available as of the January 4, 2008, filing date of the '231 Patent" |

9

**EXHIBIT A**

| No. | Patent(s), Claim(s) | Claim Term | UCT's Construction | LGL's Construction |
|---|---|---|---|---|
| 26 | '103 Patent: claims 1, 11, 21, 22 | "a first standard comprising a universal serial bus (USB) standard and different from a standard of the video data" | No construction necessary. Plain and ordinary meaning. | "a USB communication protocol that was standardized as of the April 14, 2014, filing date of the '103 Patent" |
| 27 | '103 Patent: claim 17 | "the first synchronization signal" | The Court should revise claim 17 to depend on claim 12 instead of claim 11 | Indefinite |
| 28 | '103 Patent: claim 22 | "non-transitory computer readable storage medium storing instructions representing a digital design of a circuit" | No construction necessary. Plain and ordinary meaning. | Preamble limiting |

10