# EXHIBIT B

## EXHIBIT B

**1. U.S. Patent No. 7,154,905**

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 1. | 1, 8, 15, 21 | "in-band symbols" | "a symbol normally appearing in a packet (i.e. for encoding data)" <br><br> **INTRINSIC EVIDENCE**[1] <br><br> '905 Patent at Abstract; Figs. 2-15, 20-29; 7:2-8; 11:49-12:11; 15:39-18:46; 20:40-21:20; 24:33-46; 25:30-52; 26:35-64; 27:41-64; 29:4-20; 37:59-64. <br><br> Prosecution History: UCT-LENOVO-00004970 - UCT-LENOVO-00005587 <br><br> **EXTRINSIC EVIDENCE** <br><br> Plaintiff's Infringement Contentions and the evidence cited therein. <br><br> International Publication No. WO 1997/013347 [UCT-LENOVO-00033204 - UCT-LENOVO-00033252] <br><br> International Publication No. WO 1997/036408 [UCT-LENOVO-00033253 - UCT-LENOVO-00033319] <br><br> United States Patent No. 4,924,463 [UCT-LENOVO-00033183 - UCT-LENOVO-00033203] <br><br> United States Patent No. 7,187,307 [UCT-LENOVO-00008839 - UCT-LENOVO-00008875] <br><br> Barrow's Dictionary of Computer and Internet Terms, Tenth Edition, at 346 [UCT-LENOVO-00033179 - UCT-LENOVO-00033182] |

---

[1] Each party reserves the right to rely on, or address, any intrinsic or extrinsic evidence cited by the other party.

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 2. | 1, 8, 15, 21 | "out-of-band symbols" | "a symbol not normally appearing in a packet (i.e. for encoding synchronization or control information)"<br><br>**INTRINSIC EVIDENCE**<br><br>'905 Patent at Abstract; Figs. 2-15, 20-29; 7:2-8; 11:49-12:11; 15:39-18:46; 20:40-21:20; 24:33-46; 25:30-52; 26:35-64; 27:41-64; 29:4-20; 37:59-64.<br><br>Prosecution History: UCT-LENOVO-00004970 - UCT-LENOVO-00005587<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>International Publication No. WO 1997/013347 [UCT-LENOVO-00033204 - UCT-LENOVO-00033252]<br><br>International Publication No. WO 1997/036408 [UCT-LENOVO-00033253 - UCT-LENOVO-00033319]<br><br>United States Patent No. 4,924,463 [UCT-LENOVO-00033183 - UCT-LENOVO-00033203]<br><br>United States Patent No. 7,187,307 [UCT-LENOVO-00008839 - UCT-LENOVO-00008875]<br><br>Barrow's Dictionary of Computer and Internet, Terms Tenth Edition, at 346 [UCT-LENOVO-00033179 - UCT-LENOVO-00033182]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 3. | 16, 22 | "primitives" | No construction necessary.  Plain and ordinary meaning.[2]<br><br>**INTRINSIC EVIDENCE**<br><br>'905 Patent at Abstract; Figs. 2-15, 20-29, 43; 11:49-12:11; 12:44-64; 14:47-18:46; 19:11-21:20; 26:35-64; 27:41-64; 28:14-22; 35:38-58; 36:61-65; 37:40-64.<br><br>Prosecution History: UCT-LENOVO-00004970 - UCT-LENOVO-00005587<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Columbia University at https://www.cs.columbia.edu/~hgs/os/sync.html [UCT-LENOVO-00033030 - UCT-LENOVO-00033032]<br><br>Microsoft Learning Documents at https://learn.microsoft.com/en-us/dotnet/standard/threading/overview-of-synchronization-primitives [UCT-LENOVO-00033033 - UCT-LENOVO-00033040]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 4. | 21 | "a preemption component that signals | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6). |

---

[2] For terms/phrases where UCT has indicated that no construction is necessary, UCT contends that either no construction is necessary or the term should be construed according to its plain and ordinary meaning. UCT reserves the right to propose constructions for these terms/phrases after reviewing Lenovo's briefing and supporting evidence.

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | the transmission component to stop transmitting the first packet, transmits a preempt indicator indicating that a second packet is to be transmitted, transmits the second packet, and signals the transmission component to continue transmitting the first packet" | Alternatively, should §112(6) apply:<br><br>Function: "signals the transmission component to stop transmitting the first packet, transmits a preempt indicator indicating that a second packet is to be transmitted, transmits the second packet, and signals the transmission component to continue transmitting the first packet"<br><br>Corresponding structure: "20:3-25, Fig. 13 and 20:31-37, Fig. 14 and 20:50-67, and equivalents thereof"<br><br>**INTRINSIC EVIDENCE**<br><br>'905 Patent at Abstract; Figs. 1-15, 20-29; 8:13-14:46; 15:14-38; 18:47-22:50; 37:59-64.<br><br>Prosecution History: UCT-LENOVO-00004970 - UCT-LENOVO-00005587<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/component [UCT-LENOVO-00033057 - UCT-LENOVO-00033061]<br><br>Barron's Dictionary of Computer and Internet Terms, Tenth Edition, at 104 [UCT-LENOVO-00033041 - UCT-LENOVO-00033047]<br><br>Dictionary.com, available at https://www.dictionary.com/browse/component [UCT-LENOVO-00033062 - UCT-LENOVO-00033066]<br><br>McGraw-Hill's Dictionary of Engineering, Second Edition, at 116 [UCT-LENOVO-00033067 - UCT-LENOVO-00033073]<br><br>Merriam Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/component [UCT-LENOVO-00033074 - UCT-LENOVO-00033080] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | IBM Dictionary of Computing (1994) at 127 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |

2.    **U.S. Patent No. 7,746,798**

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 5. | 20, 21 | "in-band symbols" | "a symbol normally appearing in a packet (i.e. for encoding data)" <br><br> **INTRINSIC EVIDENCE** <br><br> '798 Patent at Abstract; Figs. 2-15, 20-29; 6:66-7:6; 11:39-67; 15:22-18:15; 20:5-50; 23:58-24:4; 24:54-25:8; 25:57-26:18; 26:62-27:17; 28:20-36; 36:65-37:3. <br><br> Prosecution History: UCT-LENOVO-00005945- UCT-LENOVO-00006497 <br><br> **EXTRINSIC EVIDENCE** <br><br> Plaintiff's Infringement Contentions and the evidence cited therein. <br><br> International Publication No. WO 1997/013347 [UCT-LENOVO-00033204 - UCT-LENOVO-00033252] <br><br> International Publication No. WO 1997/036408 [UCT-LENOVO-00033253 - UCT-LENOVO-00033319] <br><br> United States Patent No. 4,924,463 [UCT-LENOVO-00033183 - UCT-LENOVO-00033203] <br><br> United States Patent No. 7,187,307 [UCT-LENOVO-00008839 - UCT-LENOVO-00008875] <br><br> Barrow's Dictionary of Computer and Internet Terms, Tenth Edition, at 346 [UCT-LENOVO-00033179 - UCT-LENOVO-00033182] <br><br> Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 6. | 20, 21 | "out-of-band symbols" | "a symbol not normally appearing in a packet (i.e. for encoding synchronization or control information)" |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | **INTRINSIC EVIDENCE**<br><br>'798 Patent at Abstract; Figs. 2-15, 20-29; 6:66-7:6; 11:39-67; 15:22-18:15; 20:5-50; 23:58-24:4; 24:54-25:8; 25:57-26:18; 26:62-27:17; 28:20-36; 36:65-37:3.<br><br>Prosecution History: UCT-LENOVO-00005945- UCT-LENOVO-00006497<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>International Publication No. WO 1997/013347 [UCT-LENOVO-00033204 - UCT-LENOVO-00033252]<br><br>International Publication No. WO 1997/036408 [UCT-LENOVO-00033253 - UCT-LENOVO-00033319]<br><br>United States Patent No. 4,924,463 [UCT-LENOVO-00033183 - UCT-LENOVO-00033203]<br><br>United States Patent No. 7,187,307 [UCT-LENOVO-00008839 - UCT-LENOVO-00008875]<br><br>Barrow's Dictionary of Computer and Internet, Terms Tenth Edition, at 346 [UCT-LENOVO-00033179 - UCT-LENOVO-00033182]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 7. | 1, 19, 20, 22, 28 | "synchronization symbol" | No construction necessary. Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE**<br><br>'798 Patent at Abstract; Figs. 4, 9A-9C, 10-11, 43; 6:41-7:59; 8:31-33; 9:1-44; 10:33-11:38; 14:31-19:10; 28:1-19; 28:54-58; 32:1-36:16; 36:65-37:3. |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Prosecution History: UCT-LENOVO-00005945- UCT-LENOVO-00006497 <br><br> **EXTRINSIC EVIDENCE** <br><br> Plaintiff's Infringement Contentions and the evidence cited therein. <br><br> *[Synchronization]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/synchronization [UCT-LENOVO-00033327 - UCT-LENOVO-00033333] <br><br> *[Synchronization]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/synchronization [UCT-LENOVO-00033334 - UCT-LENOVO-00033341] <br><br> *[Synchronization]* Oxford Advanced Learner's Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/english/synchronization [UCT-LENOVO-00033342 - UCT-LENOVO-00033343] <br><br> *[Synchronization]* Collins Dictionary, available at https://www.collinsdictionary.com/dictionary/english/synchronize [UCT-LENOVO-00033344 - UCT-LENOVO-00033352] <br><br> *[Synchronization]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/synchronize [UCT-LENOVO-00033353 - UCT-LENOVO-00033353] <br><br> *[Symbol]* Dictionary.com, available at https://www.dictionary.com/browse/symbol [UCT-LENOVO-00033354 - UCT-LENOVO-00033358] <br><br> *[Symbol]* Merriam-Webster's Dictionary, available at |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | https://www.merriam-webster.com/dictionary/symbol [UCT-LENOVO-00033359 - UCT-LENOVO-00033368]<br><br>*[Symbol]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/symbol [UCT-LENOVO-00033369 - UCT-LENOVO-00033379]<br><br>*[Symbol]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/symbol [UCT-LENOVO-00033380 - UCT-LENOVO-00033390]<br><br>*[Symbol]* Oxford Advanced Learner's Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/american_english/symbol [UCT-LENOVO-00033391 - UCT-LENOVO-00033393]<br><br>*[Symbol]* APA Dictionary of Psychology, available at https://dictionary.apa.org/symbol [UCT-LENOVO-00033394 - UCT-LENOVO-00033397]<br><br>*[Symbol]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/symbol [UCT-LENOVO-00033398 - UCT-LENOVO-00033398]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 8. | 11, 19, 28 | "synchronization primitive" | No construction necessary. Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE**<br><br>'798 Patent at Abstract; Figs. 1-4, 9A-9C, 10-11, 43; 6:41-7:59; 8:31-33; 9:1-44; 10:33-11:38; 14:31-19:10; 28:1-19; 28:54-58; 32:1-36:16; 36:65-37:3.<br><br>Prosecution History: UCT-LENOVO-00005945- UCT-LENOVO-00006497 |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | **EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Columbia University at https://www.cs.columbia.edu/~hgs/os/sync.html [UCT-LENOVO-00033030 - UCT-LENOVO-00033032]<br><br>Microsoft Learing Documents at https://learn.microsoft.com/en-us/dotnet/standard/threading/overview-of-synchronization-primitives [UCT-LENOVO-00033033 - UCT-LENOVO-00033040]<br><br>Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/synchronization [UCT-LENOVO-00033327 - UCT-LENOVO-00033333]<br><br>Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/synchronization [UCT-LENOVO-00033334 - UCT-LENOVO-00033341]<br><br>Oxford Advanced Learner's Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/english/synchronization [UCT-LENOVO-00033342 - UCT-LENOVO-00033343]<br><br>Collins Dictionary, available at https://www.collinsdictionary.com/dictionary/english/synchronize [UCT-LENOVO-00033344 - UCT-LENOVO-00033352]<br><br>The Britannica Dictionary, available at https://www.britannica.com/dictionary/synchronize [UCT-LENOVO-00033353 - UCT-LENOVO-00033353]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 9. | 19 | "an dentification | No construction necessary. Plain and ordinary meaning. |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | component that identifies a packet type of a packet of symbols" | This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br>Function:  "identifies a packet type of a packet of symbols"<br><br>Corresponding structure:  "8:31-33, 9:12-22, 15:4-8, 15:12-14, Fig. 10 and 18:46-57, Fig. 11 and 18:58-19:10, and equivalents thereof"<br><br>**INTRINSIC EVIDENCE**<br><br>'798 Patent at Abstract; Figs. 1-4, 9A-9C, 10-11, 43; 6:41-7:59; 8:31-33; 9:1-44; 10:33-11:38; 14:31-19:10; 28:1-19; 28:54-58; 36:65-37:3.<br><br>Prosecution History: UCT-LENOVO-00005945- UCT-LENOVO-00006497<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/component [UCT-LENOVO-00033057 - UCT-LENOVO-00033061]<br><br>Barron's Dictionary of Computer and Internet Terms, Tenth Edition, at 104 [UCT-LENOVO-00033041 - UCT-LENOVO-00033047]<br><br>Dictionary.com, available at https://www.dictionary.com/browse/component [UCT-LENOVO-00033062 - UCT-LENOVO-00033066]<br><br>McGraw-Hill's Dictionary of Engineering, Second Edition, at 116 |

**Exhibit B to Joint Claim Construction and Prehearing Statement**                                    **Page 11**

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | [UCT-LENOVO-00033067 - UCT-LENOVO-00033073]<br><br>Merriam Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/component UCT-LENOVO-00033074 - UCT-LENOVO-00033080]<br><br>IBM Dictionary of Computing (1994) at 127 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |

### 3. U.S. Patent No. 7,856,520

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 10. | 1 | "conducting arbitration for control of the first control bus" | No construction necessary. Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE**<br><br>'520 Patent at Abstract; Figs. 1-5; 2:15-16; 3:51-62; 4:60-5:67; 7:12-8:40; 9:60-11:10.<br><br>Prosecution History: UCT-LENOVO-00006498 - UCT-LENOVO-00006999<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>UM 10204, I2C-bus specification and user manual [UCT-LENOVO-00033117 - UCT-LENOVO-00033178] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 11. | 1, 12, 19 | "standard protocol" | No construction necessary. Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE**<br><br>'520 Patent at Abstract; Figs. 1-9; 1:14-50; 1:54-2:2; 2:17-18; 2:41-3:22; 3:34-50; 3:63-4:59; 6:24-7:11; 7:25-47; 8:13-9:37; 9:48-11:10.<br><br>Prosecution History: UCT-LENOVO-00006498 - UCT-LENOVO-00006999<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>*[Protocol]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/protocol [UCT-LENOVO-00033524 - UCT-LENOVO-00033534]<br><br>*[Protocol]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/protocol UCT-LENOVO-00033535 - UCT-LENOVO-00033546]<br><br>*[Protocol]* Dictionary.com, available at https://www.dictionary.com/browse/protocol [UCT-LENOVO-00033547 - UCT-LENOVO-00033554]<br><br>*[Protocol]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/protocol [UCT-LENOVO-00033555 - UCT-LENOVO-00033564] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|--------|--------|------|------------------------------------------------------------|
| | | | *[Protocol]* Oxford Advanced American Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/american_english/protocol [UCT-LENOVO-00033565 - UCT-LENOVO-00033568]<br><br>*[Protocol]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/protocol [UCT-LENOVO-00033569 - UCT-LENOVO-00033569]<br><br>*[Protocol]* Longman Dictionary of Contemporary English, available at https://www.ldoceonline.com/dictionary/protocol [UCT-LENOVO-00033570 - UCT-LENOVO-00033572]<br><br>*[Standard]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/standard [UCT-LENOVO-00033573 - UCT-LENOVO-00033585]<br><br>*[Standard]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/standard [UCT-LENOVO-00033586 - UCT-LENOVO-00033603]<br><br>*[Standard]* Dictionary.com, available at https://www.dictionary.com/browse/standard [UCT-LENOVO-00033604 - UCT-LENOVO-00033609]<br><br>*[Standard]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/standard [UCT-LENOVO-00033610 - UCT-LENOVO-00033624]<br><br>*[Standard]* Oxford Advanced Learner's Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/english/standard_1 [UCT-LENOVO-00033625 - UCT-LENOVO-00033628]<br><br>*[Standard]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/standard [UCT-LENOVO-00033629 - UCT-LENOVO-00033630] |

**Exhibit B to Joint Claim Construction and Prehearing Statement**     **Page 14**

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 12. | 1, 12, 19 | "modified protocol" | No construction necessary. Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE**<br><br>'520 Patent at Abstract; Figs. 1-9; 1:14-50; 1:54-2:2; 2:17-18; 2:41-3:22; 3:34-50; 3:63-4:59; 6:24-7:11; 7:25-47; 8:13-9:37; 9:48-11:10.<br><br>Prosecution History: UCT-LENOVO-00006498 - UCT-LENOVO-00006999<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>*[Protocol]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/protocol [UCT-LENOVO-00033524 - UCT-LENOVO-00033534]<br><br>*[Protocol]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/protocol [UCT-LENOVO-00033535 - UCT-LENOVO-00033546]<br><br>*[Protocol]* Dictionary.com, available at https://www.dictionary.com/browse/protocol [UCT-LENOVO-00033547 - UCT-LENOVO-00033554]<br><br>*[Protocol]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/protocol [UCT-LENOVO-00033555 - UCT-LENOVO-00033564] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | *[Protocol]* Oxford Advanced American Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/american_english/protocol [UCT-LENOVO-00033565 - UCT-LENOVO-00033568]<br><br>*[Protocol]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/protocol [UCT-LENOVO-00033569 - UCT-LENOVO-00033569]<br><br>*[Protocol]* Longman Dictionary of Contemporary English, available at https://www.ldoceonline.com/dictionary/protocol [UCT-LENOVO-00033570 - UCT-LENOVO-00033572]<br><br>*[Modified]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/modified# [UCT-LENOVO-00033631 - UCT-LENOVO-00033635]<br><br>*[Modified]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/modify [UCT-LENOVO-00033636 - UCT-LENOVO-00033644]<br><br>*[Modified]* Dictionary.com, available at https://www.dictionary.com/browse/modify [UCT-LENOVO-00033645 - UCT-LENOVO-00033649]<br><br>*[Modified]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/modify [UCT-LENOVO-00033650 - UCT-LENOVO-00033660]<br><br>*[Modified]* Oxford Advanced Learner's Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/english/modify [UCT-LENOVO-00033661 - UCT-LENOVO-00033662]<br><br>*[Modified]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/modify |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | [UCT-LENOVO-00033663 - UCT-LENOVO-00033663]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 13. | 12 | "logic to convert each of one or more control signals into a data packet …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br>Function: "convert each of one or more control signals into a data packet"<br><br>Corresponding structure: "1:65-2:1, 3:34-37, 7:28-38, 10:3-10, Fig. 2 (214), 7:42-47, and equivalents thereof"<br><br>**INTRINSIC EVIDENCE**<br><br>'520 Patent at Abstract; Figs. 1-7; 1:54-2:2; 3:34-62; 7:25-47; 9:60-11:10.<br><br>Prosecution History: UCT-LENOVO-00006498 - UCT-LENOVO-00006999<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Dictionary.com, available at<br>https://www.dictionary.com/browse/logic<br>[UCT-LENOVO-00033105 - UCT-LENOVO-00033109]<br><br>McGraw-Hill's Dictionary of Engineering, Second Edition, at 332<br>[UCT-LENOVO-00033067 - UCT-LENOVO-00033073] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Merriam Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/logic [UCT-LENOVO-00033110 - UCT-LENOVO-00033116]<br><br>S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197 [UCT-LENOVO-00033048 - UCT-LENOVO-00033056]<br><br>IBM Dictionary of Computing (1994) at 396 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 14. | 12 | "logic to arbitrate use of the first control bus …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br>Function: "arbitrate use of the first control bus by determining whether the control bus is in use by the receiving device and, if the first control bus is not in use by the receiving device, conducting arbitration for control of the first control bus"<br><br>Corresponding structure: "Fig. 2 (206), Fig. 3, 3:53-55, 4:60-67, 5:1-67, 7:17-28, 7:48-8:12, 8:37-39, 10:3-10, and equivalents thereof"<br><br>**INTRINSIC EVIDENCE**<br><br>'520 Patent at Abstract; Figs. 1-7; 1:54-2:2; 2:15-16; 3:34-62; 4:60-5:67; 7:12-8:12; 8:31-39; 9:60-11:10.<br><br>Prosecution History: UCT-LENOVO-00006498 - UCT-LENOVO-00006999 |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | **EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Dictionary.com, available at<br>https://www.dictionary.com/browse/logic<br>[UCT-LENOVO-00033105 - UCT-LENOVO-00033109]<br><br>McGraw-Hill's Dictionary of Engineering, Second Edition, at 332<br>[UCT-LENOVO-00033067 - UCT-LENOVO-00033073]<br><br>Merriam Webster's Dictionary, available at<br>https://www.merriam-webster.com/dictionary/logic<br>[UCT-LENOVO-00033110 - UCT-LENOVO-00033116]<br><br>S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197<br>[UCT-LENOVO-00033048 - UCT-LENOVO-00033056]<br><br>IBM Dictionary of Computing (1994) at 396<br>[UCT-LENOVO-00033320 - UCT-LENOVO-00033326]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 15. | 19 | "logic to convert each of the one or more data packets into a control signal" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br>Function: "convert each of the one or more data packets into a control signal" |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|--------|--------|------|-------------------------------------------------------------|
| | | | Corresponding structure:  "1:65-2:1, 3:34-37, 7:28-38, 10:3-10, Fig. 2 (214), 7:42-47, and equivalents thereof" |

**INTRINSIC EVIDENCE**

'520 Patent at Abstract; Figs. 1-7; 1:54-2:2; 3:34-62; 7:25-47; 9:60-11:10.

Prosecution History: UCT-LENOVO-00006498 - UCT-LENOVO-00006999

**EXTRINSIC EVIDENCE**

Plaintiff's Infringement Contentions and the evidence cited therein.

Dictionary.com, available at
https://www.dictionary.com/browse/logic
[UCT-LENOVO-00033105 - UCT-LENOVO-00033109]

McGraw-Hill's Dictionary of Engineering, Second Edition, at 332
[UCT-LENOVO-00033067 - UCT-LENOVO-00033073]

Merriam Webster's Dictionary, available at
https://www.merriam-webster.com/dictionary/logic
[UCT-LENOVO-00033110 - UCT-LENOVO-00033116]

S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197
[UCT-LENOVO-00033048 - UCT-LENOVO-00033056]

IBM Dictionary of Computing (1994) at 396
[UCT-LENOVO-00033320 - UCT-LENOVO-00033326]

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 16. | 19 | "logic to arbitrate use of the first control bus …" | No construction necessary. Plain and ordinary meaning.

This claim term does not invoke §112(6).

Alternatively, should §112(6) apply:
Function: "arbitrate use of the first control bus by determining whether the control bus is in use by the transmitting device and, if the first control bus is not in use by the transmitting device, conducting arbitration for control of the first control bus"

Corresponding structure: "Fig. 2 (206), Fig. 3, 3:53-55, 4:60-67, 5:1-67, 7:17-28, 7:48-8:12, 8:37-39, 10:3-10, and equivalents thereof"

**INTRINSIC EVIDENCE**

'520 Patent at Abstract; Figs. 1-7; 1:54-2:2; 2:15-16; 3:34-62; 4:60-5:67; 7:12-8:12; 8:31-39; 9:60-11:10.

Prosecution History: UCT-LENOVO-00006498 - UCT-LENOVO-00006999

**EXTRINSIC EVIDENCE**

Plaintiff's Infringement Contentions and the evidence cited therein.

Dictionary.com, available at
https://www.dictionary.com/browse/logic
[UCT-LENOVO-00033105 - UCT-LENOVO-00033109]

McGraw-Hill's Dictionary of Engineering, Second Edition, at 332
[UCT-LENOVO-00033067 - UCT-LENOVO-00033073] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Merriam Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/logic [UCT-LENOVO-00033110 - UCT-LENOVO-00033116] <br><br> S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197 [UCT-LENOVO-00033048 - UCT-LENOVO-00033056] <br><br> IBM Dictionary of Computing (1994) at 396 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326] <br><br> Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |

### 4. U.S. Patent No. 7,921,231

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 17. | 10 | "logic to detect signals on the cable interface …" | No construction necessary. Plain and ordinary meaning. <br><br> This claim term does not invoke §112(6). <br><br> Alternatively, should §112(6) apply: <br> Function: "detect signals on the cable interface" <br><br> Corresponding structure: "2:7-10, 3:24-26, 4:13-16, 6:36-39, 7:38-44, 8:25-27, 8:55-59, 8:67-9:3, 10:35-42, Fig. 7 (706), Fig. 8 (812), 2:10-15, 3:22-24, 4:31-33, 7:47-53, 7:59-62, 8:31-36, 8:55-58, 9:20-22, 10:35-42, Fig. 7 (712), and equivalents thereof" <br><br> **INTRINSIC EVIDENCE** |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | '231 Patent at Abstract; Figs. 1-11; 2:4-15; 3:13-26; 4:12-17; 4:31-33; 4:61-63; 5:56-10:7; 10:25-11:42.<br><br>Prosecution History: UCT-LENOVO-00007000 - UCT-LENOVO-00007546<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Dictionary.com, available at https://www.dictionary.com/browse/logic [UCT-LENOVO-00033105 - UCT-LENOVO-00033109]<br><br>McGraw-Hill's Dictionary of Engineering, Second Edition, at 332 [UCT-LENOVO-00033067 - UCT-LENOVO-00033073]<br><br>Merriam Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/logic [UCT-LENOVO-00033110 - UCT-LENOVO-00033116]<br><br>S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197 [UCT-LENOVO-00033048 - UCT-LENOVO-00033056]<br><br>IBM Dictionary of Computing (1994) at 396 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 18. | 10 | "first logic to detect a voltage | No construction necessary. Plain and ordinary meaning. |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | value on the power bus…" | This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br>Function: "detect a voltage value on the power bus"<br><br>Corresponding structure: "2:7-10, 3:24-26, 4:13-16, 6:36-39, 7:38-44, 8:25-27, 8:55-59, 8:67-9:3, 10:35-42, Fig. 7 (706), Fig. 8 (812), and equivalents thereof"<br><br>**INTRINSIC EVIDENCE**<br><br>'231 Patent at Abstract; Figs. 1-11; 2:4-15; 3:13-26; 4:12-17; 4:31-33; 4:61-63; 5:56-10:7; 10:25-11:42.<br><br>Prosecution History: UCT-LENOVO-00007000 - UCT-LENOVO-00007546<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Dictionary.com, available at<br>https://www.dictionary.com/browse/logic<br>[UCT-LENOVO-00033105 - UCT-LENOVO-00033109]<br><br>McGraw-Hill's Dictionary of Engineering, Second Edition, at 332<br>[UCT-LENOVO-00033067 - UCT-LENOVO-00033073]<br><br>Merriam Webster's Dictionary, available at<br>https://www.merriam-webster.com/dictionary/logic<br>[UCT-LENOVO-00033110 - UCT-LENOVO-00033116]<br><br>S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197<br>[UCT-LENOVO-00033048 - UCT-LENOVO-00033056] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | IBM Dictionary of Computing (1994) at 396 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326]<br><br>*[Power]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/power [UCT-LENOVO-00033437 - UCT-LENOVO-00033452]<br><br>*[Power]* Dictionary.com, available at https://www.dictionary.com/browse/power [UCT-LENOVO-00033453 - UCT-LENOVO-00033458]<br><br>*[Power]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/power [UCT-LENOVO-00033459 - UCT-LENOVO-00033485]<br><br>*[Power]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/power [UCT-LENOVO-00033486 - UCT-LENOVO-00033490]<br><br>*[Power]* Oxford Advanced Learner's Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/english/power_1 [UCT-LENOVO-00033491 - UCT-LENOVO-00033498]<br><br>*[Power]* Webster's 1828 American Dictionary of the English Language, available at https://webstersdictionary1828.com/Dictionary/power [UCT-LENOVO-00033499 - UCT-LENOVO-00033505]<br><br>*[Power]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/power [UCT-LENOVO-00033506 - UCT-LENOVO-00033523]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 19. | 10 | "second logic to detect signals on the control bus…" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br>Function: "detect signals on the control bus"<br><br>Corresponding structure: "2:10-15, 3:22-24, 4:31-33, 7:47-53, 7:59-62, 8:31-36, 8:55-58, 9:20-22, 10:35-42, Fig. 7 (712), Fig. 8 (812), and equivalents thereof"<br><br>**INTRINSIC EVIDENCE**<br><br>'231 Patent at Abstract; Figs. 1-11; 2:4-15; 3:13-26; 4:12-17; 4:31-33; 4:61-63; 5:56-10:7; 10:25-11:42.<br><br>Prosecution History: UCT-LENOVO-00007000 - UCT-LENOVO-00007546<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Dictionary.com, available at<br>https://www.dictionary.com/browse/logic<br>[UCT-LENOVO-00033105 - UCT-LENOVO-00033109]<br><br>McGraw-Hill's Dictionary of Engineering, Second Edition, at 332<br>[UCT-LENOVO-00033067 - UCT-LENOVO-00033073]<br><br>Merriam Webster's Dictionary, available at<br>https://www.merriam-webster.com/dictionary/logic<br>[UCT-LENOVO-00033110 - UCT-LENOVO-00033116] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197 [UCT-LENOVO-00033048 - UCT-LENOVO-00033056]<br><br>IBM Dictionary of Computing (1994) at 396 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 20. | 10 | "periodically" | No construction necessary. Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE**<br><br>'231 Patent at Abstract; Figs.1-11; 2:4-15; 3:13-26; 4:12-17; 4:31-33; 4:61-63; 5:56-10:7; 10:25-11:42.<br><br>Prosecution History: UCT-LENOVO-00007000 - UCT-LENOVO-00007546<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Dictionary.com, available at https://www.dictionary.com/browse/periodically [UCT-LENOVO-00033673 - UCT-LENOVO-00033677]<br><br>Merriam Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/periodically [UCT-LENOVO-00033678 - UCT-LENOVO-00033684]<br><br>Oxford English Dictionary, available at https://www.oed.com/search/dictionary/?scope=Entries&q=periodically [UCT-LENOVO-00033685] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/periodically [UCT-LENOVO-00033664 - UCT-LENOVO-00033672]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 21. | 16 | "logic to discover a transmitting device …" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br>Function: "discover a transmitting device coupled with the receiving device"<br><br>Corresponding structure:  "Abstract, 1:62-65, 3:22-24, 4:24-30, 4:40-42, 7:4-9, 8:27-31, 8:55-58, 9:13-19, 10:35-42, Fig. 7 (710), Fig. 8 (832), 1:65-2:3, 3:24-26, 6:54-7:3, 7:17-21, 8:9-19, 8:55-59,  10:35-42, and equivalents thereof"<br><br>**INTRINSIC EVIDENCE**<br><br>'231 Patent at Abstract; Figs. 1-11; 1:58-2:15; 3:13-26; 4:12-17; 4:24-33; 4:40-42; 5:56-10:7; 10:25-11:42.<br><br>Prosecution History: UCT-LENOVO-00007000 - UCT-LENOVO-00007546<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Dictionary.com, available at https://www.dictionary.com/browse/logic [UCT-LENOVO-00033105 - UCT-LENOVO-00033109] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | McGraw-Hill's Dictionary of Engineering, Second Edition, at 332 [UCT-LENOVO-00033067 - UCT-LENOVO-00033073]<br><br>Merriam Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/logic [UCT-LENOVO-00033110 - UCT-LENOVO-00033116]<br><br>S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197 [UCT-LENOVO-00033048 - UCT-LENOVO-00033056]<br><br>IBM Dictionary of Computing (1994) at 396 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 22. | 16 | "first logic to detect a first signal on the control bus…" | No construction necessary. Plain and ordinary meaning.<br><br>This claim term does not invoke §112(6).<br><br>Alternatively, should §112(6) apply:<br>Function: "detect a first signal on the control bus"<br><br>Corresponding structure:  "Abstract, 1:62-65, 3:22-24, 4:24-30, 4:40-42, 7:4-9, 8:27-31, 8:55-58, 9:13-19, 10:35-42, Fig. 7 (710), Fig. 8 (832), and equivalents thereof"<br><br>**INTRINSIC EVIDENCE**<br><br>'231 Patent at Abstract; Figs. 1-11; 1:58-2:15; 3:13-26; 4:12-17; 4:24-33; 4:40-42; 5:56-10:7; 10:25-11:42. |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Prosecution History: UCT-LENOVO-00007000 - UCT-LENOVO-00007546 |
| | | | **EXTRINSIC EVIDENCE** |
| | | | Plaintiff's Infringement Contentions and the evidence cited therein. |
| | | | Dictionary.com, available at https://www.dictionary.com/browse/logic [UCT-LENOVO-00033105 - UCT-LENOVO-00033109] |
| | | | McGraw-Hill's Dictionary of Engineering, Second Edition, at 332 [UCT-LENOVO-00033067 - UCT-LENOVO-00033073] |
| | | | Merriam Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/logic [UCT-LENOVO-00033110 - UCT-LENOVO-00033116] |
| | | | S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197 [UCT-LENOVO-00033048 - UCT-LENOVO-00033056] |
| | | | IBM Dictionary of Computing (1994) at 396 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326] |
| | | | Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 23. | 16 | "second logic to detect a power signal …" | No construction necessary. Plain and ordinary meaning. This claim term does not invoke §112(6). Alternatively, should §112(6) apply: |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Function: "detect a power signal from the transmitting device"<br><br>Corresponding structure: "Abstract, 1:65-2:3, 3:24-26, 6:54-7:3, 7:17-21, 8:9-19, 8:55-59, 10:35-42, Fig. 8 (832), and equivalents thereof"<br><br>**INTRINSIC EVIDENCE**<br><br>'231 Patent at Abstract; Figs. 1-11; 1:58-2:15; 3:13-26; 4:12-17; 4:24-33; 4:40-42; 5:56-10:7; 10:25-11:42.<br><br>Prosecution History: UCT-LENOVO-00007000 - UCT-LENOVO-00007546<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Dictionary.com, available at https://www.dictionary.com/browse/logic [UCT-LENOVO-00033105 - UCT-LENOVO-00033109]<br><br>McGraw-Hill's Dictionary of Engineering, Second Edition, at 332 [UCT-LENOVO-00033067 - UCT-LENOVO-00033073]<br><br>Merriam Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/logic [UCT-LENOVO-00033110 - UCT-LENOVO-00033116]<br><br>S.M.H. Collin's Dictionary of Computing, Fifth Edition, at 197 [UCT-LENOVO-00033048 - UCT-LENOVO-00033056]<br><br>IBM Dictionary of Computing (1994) at 396 [UCT-LENOVO-00033320 - UCT-LENOVO-00033326]<br><br>*[Power]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/power [UCT-LENOVO-00033437 - UCT-LENOVO-00033452] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | *[Power]* Dictionary.com, available at https://www.dictionary.com/browse/power [UCT-LENOVO-00033453 - UCT-LENOVO-00033458]<br><br>*[Power]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/power [UCT-LENOVO-00033459 - UCT-LENOVO-00033485]<br><br>*[Power]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/power [UCT-LENOVO-00033486 - UCT-LENOVO-00033490]<br><br>*[Power]* Oxford Advanced Learner's Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/english/power_1 [UCT-LENOVO-00033491 - UCT-LENOVO-00033498]<br><br>*[Power]* Webster's 1828 American Dictionary of the English Language, available at https://webstersdictionary1828.com/Dictionary/power [UCT-LENOVO-00033499 - UCT-LENOVO-00033505]<br><br>*[Power]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/power [UCT-LENOVO-00033506 - UCT-LENOVO-00033523]<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 24. | 18 | "standard protocol" | No construction necessary. Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE**<br><br>'231 Patent at Abstract; Figs. 1-11; 1:12-18; 1:45-54; 2:35-36; 2:55-3:51; 4:24-30; 5:56-7:3; 7:63-9:66; 10:25-11:42. |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Prosecution History: UCT-LENOVO-00007000 - UCT-LENOVO-00007546 **EXTRINSIC EVIDENCE** Plaintiff's Infringement Contentions and the evidence cited therein. *[Protocol]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/protocol [UCT-LENOVO-00033524 - UCT-LENOVO-00033534] *[Protocol]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/protocol UCT-LENOVO-00033535 - UCT-LENOVO-00033546] *[Protocol]* Dictionary.com, available at https://www.dictionary.com/browse/protocol [UCT-LENOVO-00033547 - UCT-LENOVO-00033554] *[Protocol]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/protocol [UCT-LENOVO-00033555 - UCT-LENOVO-00033564] *[Protocol]* Oxford Advanced American Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/american_english/protocol [UCT-LENOVO-00033565 - UCT-LENOVO-00033568] *[Protocol]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/protocol [UCT-LENOVO-00033569 - UCT-LENOVO-00033569] *[Protocol]* Longman Dictionary of Contemporary English, available at https://www.ldoceonline.com/dictionary/protocol UCT-LENOVO-00033570 - UCT-LENOVO-00033572] *[Standard]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/standard [UCT-LENOVO-00033573 - UCT-LENOVO-00033585] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | *[Standard]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/standard [UCT-LENOVO-00033586 - UCT-LENOVO-00033603] |
| | | | *[Standard]* Dictionary.com, available at https://www.dictionary.com/browse/standard [UCT-LENOVO-00033604 - UCT-LENOVO-00033609] |
| | | | *[Standard]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/standard [UCT-LENOVO-00033610 - UCT-LENOVO-00033624] |
| | | | *[Standard]* Oxford Advanced Learner's Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/english/standard_1 [UCT-LENOVO-00033625 - UCT-LENOVO-00033628] |
| | | | *[Standard]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/standard [UCT-LENOVO-00033629 - UCT-LENOVO-00033630] |
| | | | Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 25. | 18 | "modified protocol" | No construction necessary. Plain and ordinary meaning. **INTRINSIC EVIDENCE** '231 Patent at Abstract; Figs. 1-11; 1:12-18; 1:45-54; 2:35-36; 2:55-3:51; 4:24-30; 5:56-7:3; 7:63-9:66; 10:25-11:42. Prosecution History: UCT-LENOVO-00007000 - UCT-LENOVO-00007546 |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|--------|--------|------|-------------------------------------------------------------|
| | | | **EXTRINSIC EVIDENCE**<br><br> Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>*[Protocol]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/protocol [UCT-LENOVO-00033524 - UCT-LENOVO-00033534]<br><br>*[Protocol]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/protocol UCT-LENOVO-00033535 - UCT-LENOVO-00033546]<br><br>*[Protocol]* Dictionary.com, available at https://www.dictionary.com/browse/protocol [UCT-LENOVO-00033547 - UCT-LENOVO-00033554]<br><br>*[Protocol]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/protocol [UCT-LENOVO-00033555 - UCT-LENOVO-00033564]<br><br>*[Protocol]* Oxford Advanced American Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/american_english/protocol [UCT-LENOVO-00033565 - UCT-LENOVO-00033568]<br><br>*[Protocol]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/protocol [UCT-LENOVO-00033569 - UCT-LENOVO-00033569]<br><br>*[Protocol]* Longman Dictionary of Contemporary English, available at https://www.ldoceonline.com/dictionary/protocol UCT-LENOVO-00033570 - UCT-LENOVO-00033572]<br><br>*[Modified]* Cambridge Dictionary, available at https://dictionary.cambridge.org/us/dictionary/english/modified# [UCT-LENOVO-00033631 - UCT-LENOVO-00033635] |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | *[Modified]* Merriam-Webster's Dictionary, available at https://www.merriam-webster.com/dictionary/modify [UCT-LENOVO-00033636 - UCT-LENOVO-00033644] |
| | | | *[Modified]* Dictionary.com, available at https://www.dictionary.com/browse/modify [UCT-LENOVO-00033645 - UCT-LENOVO-00033649] |
| | | | *[Modified]* Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/modify [UCT-LENOVO-00033650 - UCT-LENOVO-00033660] |
| | | | *[Modified]* Oxford Advanced Learner's Dictionary, available at https://www.oxfordlearnersdictionaries.com/us/definition/english/modify [UCT-LENOVO-00033661 - UCT-LENOVO-00033662] |
| | | | *[Modified]* The Britannica Dictionary, available at https://www.britannica.com/dictionary/modify [UCT-LENOVO-00033663 - UCT-LENOVO-00033663] |
| | | | Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |

**5.   U.S. Patent No. 9,852,103**

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 26. | 1, 11, 21, 22 | "a first standard comprising a universal serial bus (USB) standard and different from a standard of the video data" | No construction necessary. Plain and ordinary meaning. **INTRINSIC EVIDENCE** '103 Patent at Abstract; Figs. 1-5; 1:15-67; 2:18-44; 3:20-67; 4:15-62; 5:18-38; 5:50-6:21; 7:28-61; 9:32-41; 9:57-63. |

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | Prosecution History: UCT-LENOVO-00008575 - UCT-LENOVO-00008757<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 27. | 17 | "the first synchronization signal" | The Court should revise claim 17 to depend on claim 12 instead of claim 11<br><br>**INTRINSIC EVIDENCE**<br><br>'103 Patent at Abstract; Figs. 1-5; 1:51-2:44; 2:55-67; 3:8-6:67; 7:28-8:62; 9:57-63<br><br>Prosecution History: UCT-LENOVO-00008575 - UCT-LENOVO-00008757<br><br>**EXTRINSIC EVIDENCE**<br><br>Plaintiff's Infringement Contentions and the evidence cited therein.<br><br>Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |
| 28. | 22 | "non-transitory computer readable storage medium storing instructions representing a digital design of a circuit" | No construction necessary. Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE**<br><br>'103 Patent at Abstract; Figs. 1, 5, 6; 1:51-2:44; 3:49-5:17; 7:64-9:63 |

**Exhibit B to Joint Claim Construction and Prehearing Statement**                                                    **Page 37**

| Term # | Claims | Term | UCT's Proposed Construction and Intrinsic/Extrinsic Evidence |
|--------|--------|------|-------------------------------------------------------------|
| | | | Prosecution History: UCT-LENOVO-00008575 - UCT-LENOVO-00008757 <br><br> **EXTRINSIC EVIDENCE** <br><br> Plaintiff's Infringement Contentions and the evidence cited therein. <br><br> Based on the intrinsic record and any extrinsic evidence, Dr. Madisetti, Dr. Herniter and/or Dr. Wolf may opine regarding how a person of ordinary skill in the art would understand this term in view of the intrinsic record and any extrinsic evidence (including background knowledge and skill). |