# EXHIBIT C

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 1 | '905 Patent: claims 1, 8, 15, 21 | "in-band symbols" | "a symbol normally appearing in a packet" | '905 Patent: 10:42–11:30, 11:49–60, 24:33–46<br><br>IPR2024-01428:<br>• Patent Owner's Preliminary Response to the Petition (January 31, 2025)<br>• |
| 2 | '905 Patent: claims 1, 8, 15, 21 | "out-of-band symbols" | "a symbol not normally appearing in a packet" | '905 Patent: 10:42–11:30, 11:49–60, 24:33–46<br><br>IPR2024-01428:<br>• Patent Owner's Preliminary Response to the Petition (January 31, 2025) |
| 3 | '905 Patent: claims 16, 22 | "primitives" | "a sequence of two out-of-band symbols" | '905 Patent: 11:67–12:3, 15:39–40, 15:50–17:11, 26:35–41, 26:43–44 |
| 4 | '905 Patent: claim 21 | "a preemption component that signals the transmission component to stop transmitting the first packet, transmits a preempt indicator indicating that a second packet is to be transmitted, transmits the second packet, and signals the transmission component to continue | Subject to 35 U.S.C. § 112, ¶ 6<br><br>*Function:* [i] signalling the transmission component to stop transmitting the first packet, [ii] transmitting a pre-empt indicator indicating that a second packet is to be transmitted, [iii] transmitting the second packet, and [iv] signalling the transmission component to continue transmitting the first packet | '905 Patent: 7:65–8:11, 8:13–9:57, 19:61–20:26, 20:27–39, 20:40–67, 21:1–20, Figs. 13–15<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• McGraw-Hill Dictionary of Scientific and Technical Term (1994) (component)<br>• The Illustrated Dictionary of Electronics (1997) (component) |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
|  |  | transmitting the first packet" | *Structure:* (none)<br><br>Indefinite | <ul><li>Microsoft Computer Dictionary (1999) (component)</li><li>Modern Dictionary of Electronics (1999) (component)</li><li>IEEE 100 The Authoritative Dictionary of IEEE Standards Terms (2000) (component)</li><li>IBM Dictionary of Computing (1994) (component)</li><li>Barron's Dictionary of Computer and Internet Terms (component)</li><li></li></ul> |
| 5 | '798 Patent: claims 20, 21 | "in-band symbols" | "a symbol normally appearing in a packet" | '798 Patent: 10:33–11:20, 11:39–50, 23:58–24:4<br><br><u>IPR2024-01428:</u><ul><li>Patent Owner's Preliminary Response to the Petition (January 31, 2025)</li></ul> |
| 6 | '798 Patent: claims 20, 21 | "out-of-band symbols" | "a symbol not normally appearing in a packet" | '798 Patent: 10:33–11:20, 11:39–50, 23:58–24:4<br><br><u>IPR2024-01428:</u><ul><li>Patent Owner's Preliminary Response to the Petition (January 31, 2025)</li></ul> |

2

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 7 | '798 Patent: claims 11, 19, 20, 22, 28 | "synchronization symbol" | "a symbol for coordinating events that is separate from the corresponding packet itself" | '798 Patent: 9:19–22, 14:31–18:15<br><br>'798 Patent File Wrapper:<br>• Appellant's Brief (December 5, 2007)<br>• Appellant's Brief (January 18, 2008)<br>• Decision on Appeal (February 25, 2009)<br><br>IPR2024-01481:<br>• Patent Owner's Preliminary Response to the Petition (January 31, 2025) |
| 8 | '798 Patent: claims 11, 19, 28 | "synchronization primitive" | "a sequence of two out-of-band synchronization symbols" | '798 Patent: 11:57–60, 14:31–18:15, 25:56–62, 25:64–65 |

3

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 9 | '798 Patent: claim 19 | "an identification component that identifies a packet type of a packet of symbols" | Subject to 35 U.S.C. § 112, ¶6<br>*Function:* identifies a packet type of a packet of symbols<br>*Structure:* (none)<br>Indefinite | '798 Patent: 7:60–8:5, 8:7–9:50, 14:31–15:22<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• McGraw-Hill Dictionary of Scientific and Technical Term (1994) (component)<br>• The Illustrated Dictionary of Electronics (1997) (component)<br>• Microsoft Computer Dictionary (1999) (component)<br>• Modern Dictionary of Electronics (1999) (component)<br>• IEEE 100 The Authoritative Dictionary of IEEE Standards Terms (2000) (component)<br>• IBM Dictionary of Computing (1994) (component)<br>• Barron's Dictionary of Computer and Internet Terms (component) |

4

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 10 | '520 Patent: claim 1 | "conducting arbitration for control of the first control bus" | "conducting a process that determines whether the first device or second device gains control of the first control bus" | '520 Patent: 4:60–67, 5:1–9, 5:10–32, 7:12–24, 7:48–8:12, Fig. 3<br><br>Extrinsic Evidence:<br>• IBM Dictionary of Computing (1994) (arbitration)<br>• I$^2$C Bus Specification and User Manual (2001) |
| 11 | '520 Patent: claims 1, 12, 19 | "standard protocol" | "a communication protocol that was standardized as of the January 4, 2008, filing date of the '520 Patent" | '520 Patent: 1:15–39, 2:54–3:2, 6:24–48 |
| 12 | '520 Patent: claims 1, 12, 19 | "modified protocol" | "a communication protocol that is a modification of the standard protocol and that was available as of the January 4, 2008, filing date of the '520 Patent" | '520 Patent: 1:15–39, 2:54–3:2, 6:24–48 |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 13 | '520 Patent: claim 12 | "logic to convert each of one or more control signals into a data packet …" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* convert each of one or more control signals into a data packet, each of the one or more control signals being one of a plurality of different types of control signals for a standard protocol, each data packet including a plurality of bits to be transmitted<br><br>*Structure:* (none)<br><br>Indefinite | '520 Patent: 1:54–2:2, 3:34–50, 7:25–41, 9:16–30, 10:3–10<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 14 | '520 Patent: claim 12 | "logic to arbitrate use of the first control bus …" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* to arbitrate use of the first control bus, the logic to arbitrate use being operable to: [i] determine whether the control bus is in use by the receiving device, and [ii] if the first control bus is not in use by the receiving device, conduct arbitration for control of the first control bus<br><br>*Structure:* a general-purpose processor, special-purpose processor, or logic circuit programmed with instructions to perform Steps 304-322 of Figure 3 | '520 Patent: 4:60–67, 5:1–9, 5:10–32, 7:12–24, 7:48–8:12, 10:3–10, Fig. 3<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

7

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 15 | '520 Patent: claim 19 | "logic to convert each of the one or more data packets into a control signal" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* convert each of the one or more data packets into a control signal<br><br>*Structure:* (none)<br><br>Indefinite | '520 Patent: 1:54–2:2, 3:34–50, 7:25–41, 9:16–30, 10:3–10<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 16 | '520 Patent: claim 19 | "logic to arbitrate use of the first control bus …" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* to arbitrate use of the first control bus, the logic to arbitrate use being operable to: [i] determine whether the control bus is in use by the transmitting device, and [ii] if the first control bus is not in use by the transmitting device, conduct arbitration for control of the first control bus<br><br>*Structure:* a general-purpose processor, special-purpose processor, or logic circuit programmed with instructions to perform Steps 304-322 of Figure 3 | '520 Patent: 4:60–67, 5:1–9, 5:10–32, 7:12–24, 7:48–8:12, 10:3–10, Fig. 3<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 17 | '231 Patent: claim 10 | "logic to detect signals on the cable interface …" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* detect signals on the cable interface<br><br>*Structure:* (none)<br><br>Indefinite | '231 Patent: 1:56–2:15, 3:22–26, 6:14–7:27, 7:28–62, 7:63–8:42, 8:43–9:34, 10:35–42<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 18 | '231 Patent: claim 10 | "first logic to detect a voltage value on the power bus …" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* detect a voltage value on the power bus<br><br>*Structure:* (none)<br><br>Indefinite | '231 Patent: 1:56–2:15, 3:22–26, 6:14–7:27, 7:28–62, 7:63–8:42, 8:43–9:34, 10:35–42<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

11

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 19 | '231 Patent: claim 10 | "second logic to detect signals on the control bus …" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* detect signals on the control bus<br><br>*Structure:* (none)<br><br>Indefinite | '231 Patent: 1:56–2:15, 3:22–26, 6:14–7:27, 7:28–62, 7:63–8:42, 8:43–9:34, 10:35–42<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 20 | '231 Patent: claim 10 | "periodically" | "occurring in regular, repeated cycles" | '231 Patent: 4:5–42, 8:43–9:34<br><br>Extrinsic Evidence:<br>• Dictionary of Computer Science, Engineering, and Technology (2001) (periodic)<br>• McGraw-Hill Dictionary of Scientific and Technical Terms (6th ed. 2002) (periodic)<br>• The Penguin Dictionary of Electronics (4th ed. 2005) (periodic)<br>• Collins English Dictionary (2005) (periodic)<br>• The New Oxford American Dictionary (2005) (periodic) |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|-----|---------------------|------------|--------------------|----------|
| 21 | '231 Patent: claim 16 | "logic to discover a transmitting device …" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* discover a transmitting device coupled with the receiving device<br><br>*Structure:* (none)<br><br>Indefinite | '231 Patent: 1:56–2:15, 3:22–26, 6:14–7:27, 7:28–62, 7:63–8:42, 8:43–9:34, 10:35–42<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 22 | '231 Patent: claim 16 | "first logic to detect a first signal on the control bus …" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* detect a first signal on the control bus<br><br>*Structure:* (none)<br><br>Indefinite | '231 Patent: 1:56–2:15, 3:22–26, 6:14–7:27, 7:28–62, 7:63–8:42, 8:43–9:34, 10:35–42<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 23 | '231 Patent: claim 16 | "second logic to detect a power signal …" | Subject to 35 U.S.C. § 112, ¶6<br><br>*Function:* detect a power signal from the receiving device<br><br>*Structure:* (none)<br><br>Indefinite | '231 Patent: 1:56–2:15, 3:22–26, 6:14–7:27, 7:28–62, 7:63–8:42, 8:43–9:34, 10:35–42<br><br>Extrinsic Evidence:<br>• Declaration of Dr. Wenke Lee Regarding Claim Construction<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (logic)<br>• Wiley Electrical and Electronics Engineering Dictionary, Kaplan (2004) (control logic)<br>• Collins English Dictionary (2005) (logic)<br>• The New Oxford American Dictionary (2005) (logic)<br>• The American Heritage Dictionary (2006) (logic)<br>• Dictionary of Computing (2004) (logic) |

16

**EXHIBIT C**

| No. | Patent(s), Claim(s) | Claim Term | LGL's Construction | Evidence |
|---|---|---|---|---|
| 24 | '231 Patent: claim 18 | "standard protocol" | "a communication protocol that was standardized as of the January 4, 2008, filing date of the '231 Patent" | '231 Patent: 1:12–44, 2:63–3:12, 5:56–6:13, 6:14–39 |
| 25 | '231 Patent: claim 18 | "modified protocol" | "a communication protocol that is a modification of the standard protocol and that was available as of the January 4, 2008, filing date of the '231 Patent" | '231 Patent: 1:12–44, 2:63–3:12, 5:56–6:13, 6:14–39 |
| 26 | '103 Patent: claims 1, 11, 21, 22 | "a first standard comprising a universal serial bus (USB) standard and different from a standard of the video data" | "a USB communication protocol that was standardized as of the April 14, 2014, filing date of the '103 Patent" | '103 Patent: Abstract, 1:16–47, 3:20–37, 3:50–59, 5:50–6:4, 6:5–21 |
| 27 | '103 Patent: claim 17 | "the first synchronization signal" | Indefinite | '103 Patent: claims 11–12 |
| 28 | '103 Patent: claim 22 | "non-transitory computer readable storage medium storing instructions representing a digital design of a circuit" | Preamble limiting | '103 Patent: claims 21–22 |