UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR ENTRY OF STIPULATED SUPPLEMENTAL PROTECTIVE ORDER FOR NON-PARTY GENESYS LOGIC, INC.**

Plaintiff Universal Connectivity Technologies Inc. ("UCT") respectfully submits the attached proposed stipulated supplemental Protective Order for non-party Genesys Logic, Inc., for the Court's consideration and approval. Non-party Genesys Logic, Inc. has requested the supplemental protective order for its production in response to UCT's subpoena. Defendant Lenovo Group Limited ("LGL") does not oppose this motion.

Dated: April 16, 2025

Respectfully submitted,

/s/ Brett E. Cooper
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
Ashley M. Ratycz (IL SBN 6330321)
aratycz@bclgpc.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor

> New York, NY 10016
> Tel.: (212) 951-0100
> Fax: (646) 293-2201
>
> ***Attorneys for Plaintiff Universal Connectivity Technologies Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 16, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

> */s/ Brett Cooper*
> Brett Cooper

## CERTIFICATE OF CONFERENCE

The Parties have complied with the meet and confer requirement and the motion is submitted as unopposed.

> */s/ Brett Cooper*
> Brett Cooper