# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., | § § § |
| *Plaintiff,* | § § |
| v. | §   CIVIL ACTION NO. 2:23-CV-00449-JRG |
| LENOVO GROUP LIMITED, | § § § |
| *Defendant.* | § § |

## ORDER

Before the Court is the Unopposed Motion for Expedited Briefing on Motion to Enforce Lenovo's Compliance with Motion to Compel (Dkt. No. 146) (the "Motion") filed by Plaintiff Universal Connectivity Technologies Inc. ("Plaintiff"). (Dkt. No. 147.) In the Motion, Plaintiff requests that the Court expedite Defendant Lenovo Group Limited's ("Defendant") response to Plaintiff's Motion to Enforce Defendant's Compliance with Motion to Compel (the "Motion to Enforce") (Dkt. No. 146) to be due on or before June 13, 2025. (Dkt. No. 147 at 1.) The Motion is unopposed. (*Id.* at 3.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED AS MODIFIED**. Accordingly, the Court **ORDERS** that Defendant's response to Plaintiff's Motion to Enforce (Dkt. No. 146) must be filed no later than **Thursday, June 12, 2025, by 1:00 pm CT**. No replies or sur-replies are permitted unless expressly ordered by the Court.

So ORDERED and SIGNED this 10th day of June, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE