IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00449-JRG |
| LENOVO GROUP LIMITED, | § § § | |
| *Defendant*. | § § § | |

# ORDER

The Court issues this Order *sua sponte*. Before the Court is Plaintiff Universal Connectivity Technologies Inc.'s ("Plaintiff") Motion to Enforce Lenovo's Compliance with Motion to Compel (the "Motion"). (Dkt. No. 146.) On June 12, 2025, Defendant Lenovo Group Limited ("Defendant") filed a response in opposition to the Motion (the "Response"). (Dkt. No. 154.)

Having considered the Motion and Response, the Court requests additional, limited briefing from Plaintiff regarding Defendant's representation that it has "produced voluminous technical documents (totaling more than 50,000 pages) with respect to the Accused Products in accordance with P.R. 3-4. … These documents included materials from Lenovo's 'Product Specification Reference' database, such as product specifications, datasheets, manuals, and other reference materials." (Dkt. No. 154 at 2.) In its reply, the Court expects Plaintiff to address how these technical documents are not "sufficient to show the operation of any aspects or elements of" the accused products in this case. Local Patent Rule 3-4(a). The Court **ORDERS** Plaintiff to file its reply, not to exceed three (3) pages, on or before Wednesday, June 18, 2025. Plaintiff's reply

is limited to addressing how Defendant's representations as to its technical document production is either inaccurate or insufficient. No further briefing is permitted unless expressly ordered by the Court.

**So ORDERED and SIGNED this 13th day of June, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE