# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Case No.  2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF UNIVERSAL CONNECTIVITY TECHNOLOGIES INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO EXTEND CLAIM NARROWING DEADLINE (DKT. NO. 168)

Plaintiff Universal Connectivity Technologies Inc. ("UCT") hereby withdraws its Motion for Leave to Extend Claim Narrowing Deadline (Dkt. No. 168) ("the Motion"), dated July 11, 2025.  On July 17, 2025, Defendant Lenovo Group Limited ("LGL") filed a response to the Motion. See Dkt. No. 171. On July 25, 2025, the Court entered a Second Amended Docket Control Order. See Dkt. No. 177. In light of the Second Amended Docket Control Order the Motion is moot. UCT will serve its Final Election of Asserted Claims in accordance with the deadlines set forth in the Discovery Order and the Court's Second Amended Docket Control Order.

Dated:  July 25, 2025

Respectfully submitted,

By: */s/ Brett E. Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)

dhollander@bc-lawgroup.com
Ashley M. Ratycz (IL SBN 6330321)
aratycz@bclgpc.com
Michael G. McManus (DC Bar No. 493422)
mmcmanus@bclgpc.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24$^h$ Floor
New York, NY 10016
Telephone: (212) 951-0100

Andrea L. Fair (TX Bar No. 24078488)
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff Universal Connectivity Technologies Inc.*

### CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record on July 25, 2025 via electronic service.

/s/ *Brett E. Cooper*
Brett E. Cooper