# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

## CORRECTED PLAINTIFF UNIVERSAL CONNECTIVITY TECHNOLOGIES INC.'S UNOPPOSED MOTION TO WITHDRAW MOTION FOR LEAVE TO <u>EXTEND CLAIM NARROWING DEADLINE (DKT. NO. 168)</u>

Plaintiff Universal Connectivity Technologies Inc. ("UCT") respectfully moves the Court to withdraw its Motion for Leave to Extend Claim Narrowing Deadline (Dkt. No. 168) ("the Motion"), dated July 11, 2025. On July 17, 2025, Defendant Lenovo Group Limited ("LGL") filed a response to the Motion. See Dkt. No. 171. On July 25, 2025, the Court entered a Second Amended Docket Control Order. See Dkt. No. 177. In light of the Second Amended Docket Control Order the Motion is moot. UCT will serve its Final Election of Asserted Claims in accordance with the deadlines set forth in the Discovery Order and the Court's Second Amended Docket Control Order.

Dated: July 25, 2025

Respectfully submitted,

By: */s/ Brett E. Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)

1

        jyim@bc-lawgroup.com
        Drew B. Hollander (NY SBN 5378096)
        dhollander@bc-lawgroup.com
        Ashley M. Ratycz (IL SBN 6330321)
        aratycz@bclgpc.com
        Michael G. McManus (DC Bar No. 493422)
        mmcmanus@bclgpc.com
        **BC LAW GROUP, P.C.**
        200 Madison Avenue, 24$^h$ Floor
        New York, NY 10016
        Telephone: (212) 951-0100

        Andrea L. Fair (TX Bar No. 24078488)
        **MILLER FAIR HENRY, PLLC**
        1507 Bill Owens Parkway
        Longview, TX 75604
        Telephone: (903) 757-6400
        andrea@millerfairhenry.com

        *Attorneys for Plaintiff Universal Connectivity Technologies Inc.*

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record on July 25, 2025 via electronic service.

        /s/ *Brett E. Cooper*
        Brett E. Cooper

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiff's counsel and Defendants' counsel have conferred and Defendant does not opposes Plaintiff's motion.

        */s/ Brett E. Cooper*
        Brett E. Cooper