# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Case No. 2:23-cv-00449-JRG <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT

Plaintiff Universal Connectivity Technologies Inc. ("UCT") and Defendant Lenovo Group Limited ("LGL") (collectively, "the Parties") jointly notify the Court that all matters in controversy between the Parties have been settled, in principle. Accordingly, the Parties jointly move the Court to stay all unreached deadlines contained in the Court's Docket Control Order for thirty (30) days while the Parties finalize settlement and dismissal papers.

Date: February 4, 2026

Respectfully submitted,

By: /s/ Brett Cooper
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
Ashley M. Ratycz (IL SBN 6330321)
aratycz@bclgpc.com
Michael G. McManus (DC Bar No. 493422)
mmcmanus@bclgpc.com
Seth A. Lindner (TX SBN 24078862)

slindner@bclgpc.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24ʰ Floor
New York, NY 10016
Telephone: (212) 951-0100

Scott L. Cole
scole@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
501 Congress Avenue, Suite 1900
Austin, Texas 78701
Phone: (737) 227-3102

Andrea L. Fair (TX Bar No. 24078488)
Andrea@millerfairhenry.com
Garrett C. Parish
garrett@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
andrea@millerfairhenry.com

*Counsel for Plaintiff Universal Connectivity Technologies Inc.*

By: /s/ Russell Korn
Steven D. Moore
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, California 94105
Telephone: +1.415.979.6900
Fascimile: +1.415.651.8786
Email: stevemoore@velaw.com

Russell A. Korn
Joshua H. Lee
Christopher S. Leah
Andrew D. Evans
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: rkorn@ktslaw.com
Email: jlee@ktslaw.com
Email: cleah@ktslaw.com
Email: ddevans@ktslaw.com

D. Lawson Allen
**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
Email: lallen@ktslaw.com

Sarah Y. Kamran
**KILPATRICK TOWNSEND & STOCKTON LLP**
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: skamran@ktslaw.com

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendant Lenovo Group Limited*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant and counsel for Plaintiff met and conferred, and all parties agree to filing the foregoing document as a joint motion.

*/s/ Brett Cooper*
Brett E. Cooper

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Brett Cooper*
Brett Cooper
